# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/16/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK

CASE NAME: Isham v. Blue Dolphin
Claypool v. Capt. Andy's
In Re Blue Dolphin Charters

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren           REPORTER:

DATE: 12/16/2005                 TIME:

COURT ACTION: EO: Further Settlement Conference set for 1-18-06 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

John Hillsman to notify parties.

Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\cv 04-559hg-bmk isham 12-16-05.wpd