CV. 05-37



**Richlyn Young/HID/09/USCOURTS**
12/19/2005 03:44 PM

To  John Hillsman, Harold Hoppe, Randolf Baldemor, Mihoko Ito, Jonathan Steiner, Robert Miller,

cc  Hawaii Docketing/HID/09/USCOURTS, Barry Kurren/HID/09/USCOURTS, Tammy Kimura/HID/09/USCOURTS,

bcc

Subject  CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK

Re:

Isham v. Blue Dolphin Carters
Claypool v. Captain Andy's Sailing, Inc.
In the Matter of the Complaint of Blue Dolphin Charters, Ltd.

A Further Settlement Conference is set for 12-20-05 @ 2:30 p.m. Hawaii time in Courtroom 6.

cc: John Hillsman, Harold Hoppe, Randolf Baldemor, Mihoko Ito, Jonathan Steiner, Robert Miller

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 9 2005

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK