# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-559HG-BMK, CV 04-670HG-BMK, CV 05-37HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>Claypool v. Capt. Andy's<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | Harold Hoppe |
| ATTYS FOR DEFT: | Randolf Baldemor, Jonathan Steiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/20/2005 | TIME: | 2:30 - 3:05 |

COURT ACTION:  EP: Further Settlement Conference held.
Further conference set for 1-18-06 @ 9:30 a.m.

At the 1-18-06 Settlement Conference, the Lexington Insurance Representative and Terry Donnelly are ordered to appear in person. Also, Mr. Lesser is authorized to invite the Royal Marine Insurance Representative to participate.

cc: Robert Miller, Richard Lesser, John Hillsman, Harold Hoppe, Randolf Baldemor, Jonathan Steinr

Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\cv 04-559hg-bmk isham 12-20-05.wpd