IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

--oOo--

DENNIS CLAYPOOL, et al.,      )
                              )
          Plaintiffs,         )
                              )
     vs.                      )  No. CV 04-00570 ACK/KSC
                              )
CAPTAIN ANDY'S SAILING, INC., )
et al.,                       )
                              )
          Defendants.         )
_____)
                              )
AND RELATED ACTIONS.          )

_____


DEPOSITION OF DENNIS CLAYPOOL

Friday, April 22, 2005


CERTIFIED COPY


REPORTED BY: DENISE A. FORD, CSR 7525 (364660)


**EXHIBIT  F**


LEGALINK®
A WORDWAVE COMPANY

LegaLink San Francisco
601 Van Ness Ave, Suite 2052
San Francisco, CA 94102

tel (415) 359-2040
tel (800) 869-9132
fax (415) 359-2050

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

Dennis Claypool  April 22, 2005

1  easier to stay afloat, and that's when I pulled my arm

2  out of the water and hanging straight out.  The two

3  blood vessels were squirting blood out, like a squirt

4  gun. I was screaming louder then.  I put my hand in that

5  and tried to pulled my arm to me, which made it

6  difficult to stay afloat.  I kept popping down and

7  trying not to let go of the arm because I was afraid I

8  was going to lose it.

9       One of the other divers, which was the certified

10  one, came up to me and eventually tried to hold me up

11  which helped a lot.  I was still kicking with one leg.

12  He was trying to hold me up as much as he could help me.

13       I kept yelling and I saw the boat finally that

14  hit us turn around and start coming back towards us.  It

15  gradually made a turn.  It was going away pretty fast.

16  It eventually turned and came back towards us.

17       Q.    Do you recall which way the vessel turned

18  as it was moving away from you?

19       Did it turn to the right or left?

20       A.    To the left.

21       Q.    And do you have any knowledge where Scott

22  was at the time when you were assisted by the certified

23  diver?  You said he came up to assist you.

24       Do you have any recollection or knowledge where

25  Scott was at that time?

180

1          That said, I can't imagine why this is relevant

2     in any way to this lawsuit.  As such, I don't think you

3     have a compelling need to get past his right of privacy.

4          If this is important, you can get an order on

5     it.

6               MS. BLACK:  I am going to have to go to

7     the court and get an order on it.  I will deal with it

8     at a later date or I will let Mr. Hewitt follow up if

9     necessary.

10          Q.    Mr. Claypool, I noticed that you were

11    taking a couple of different medications before -- or at

12    least you had prescriptions for different medications

13    before the accident.

14          One was Accupril?

15          A.    Yes.

16          Q.    And what is Accupril for?

17          A.    High blood pressure.

18          Q.    And then there was also Lipitor; is that

19    correct?

20          A.    Correct.

21          Q.    And what is Lipitor for?

22          A.    Cholesterol.

23          Q.    Who prescribed the Accupril?

24          A.    Lofgreen.

25               MR. LESSER:  Asked and answered.

Dennis Claypool  April 22, 2005

```
 1            You answered?

 2            A.    "No."

 3            Q.    "Are you currently taking medication that

 4    carries a warning about any impairment of your physical

 5    or mental abilities?"

 6            You answered?

 7            A.    "No."

 8            Q.    "Are you or could you be pregnant?"

 9            And you answered?

10            A.    "No."

11            Q.    "Do you have a history of colostomy?"

12            You answered?

13            A.    "No."

14            Q.    "Do you have a history of heart disease or

15    heart attack, heart surgery or blood vessel surgery?"

16            You answered?

17            A.    "No."

18            Q.    "Do you have a history of high blood

19    pressure, angina, or take medication to control blood

20    pressure?"

21            You answered?

22            A.    "No."

23            Q.    "Are you over 45 and have a family history

24    of heart attack or stroke?"

25            And you answered?
```

**CERTIFICATE OF REPORTER**

I, DENISE A. FORD, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:  May 4, 2005.

_____
DENISE A. FORD, CSR No. 7525

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

--oOo--

DENNIS CLAYPOOL, et al.,          )
                                  )
            Plaintiffs,           )
                                  )
      vs.                         )  No. CV 04-00570 ACK/KSC
                                  )
CAPTAIN ANDY'S SAILING, INC.,     )
et al.,                           )
                                  )
            Defendants.           )
_____  )
AND RELATED ACTIONS.              )
_____


DEPOSITION OF DENNIS CLAYPOOL

VOLUME II

Saturday, April 23, 2005


# CERTIFIED COPY


REPORTED BY: DENISE A. FORD, CSR 7525 (364661)


LEGALINK®
A **WORDWAVE** COMPANY

LegaLink San Francisco        tel (415) 359-2040    www.legalink.com
601 Van Ness Ave, Suite 2052  tel (800) 869-9132
San Francisco, CA 94102       fax (415) 359-2050

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

Dennis Claypool  April 23, 2005

```
 1   Diving Practices?
 2              MR. HILLSMAN:   The question is do you
 3   notice that?
 4              MS. BLACK:   Q.  Do you notice that?
 5        A.    Yes.
 6        Q.    It is in bold print?
 7        A.    Yes.
 8        Q.    And you did take a look at these two pages
 9   before you signed the form, did you not?
10        A.    Yes.
11        Q.    Did you go through the form and review on
12   the Medical Questionnaire before placing "no" next to
13   each and every one of those what it was asking you to
14   put down?
15              MR. HILLSMAN:   Object to form.
16              MS. BLACK:   I am looking at the first
17   page.
18              MR. HILLSMAN:   Object to form, vague and
19   ambiguous.
20         You can answer, if you can.
21              THE WITNESS:   I think I understand what
22   you meant.
23              MS. BLACK:   Q.  What I want to know,
24   before you answered "no" or put a "no" next to each of
25   these questions under the Medical Questionnaire, did you
```

282

Dennis Claypool  April 23, 2005

1    read it to see what it was asking for?

2         A.    Yes.

3         Q.    Why is it that you read this first page

4    and not the second page?

5         A.    Because as you notice there are brackets

6    around the questions and brackets around where I am

7    supposed to put my address.  Matt gave me this piece of

8    paper and said, Fill out the bracketed areas, answer all

9    the questions and sign it where the x's are below, your

10   name on the other two x's I put on the other page.

11   Those x's and brackets were put in by Matt, or he handed

12   it to me.  I assume it was Matt.

13        Q.    And so how much of this -- flipping to the

14   second page, how much of this second page did you

15   actually read or review before signing this form, any of

16   it?

17        A.    Probably the paragraph right below my

18   first name there where it says something about I have

19   read and understood.  When I picked up on that, I said

20   am I supposed to read and understand some Safe Driving

21   Practice book?  What is that?

22        Q.    Which part are you referring to?

23        A.    The second paragraph under my name on the

24   left.  There is, I -- participant's name -- and the I

25   read and affirm and understand the Save Diving

283

Dennis Claypool  April 23, 2005

1    the event.

2         Q.    Now yesterday Mr. Formby started to ask

3    you questions about the distance from where you surfaced

4    from the Blue Dolphin, and you told him about how you

5    didn't have your glasses.  You never got -- I don't

6    think we ever got a substantive answer.

7         When you surfaced with or without glasses, can

8    you estimate about how far you were from the Blue

9    Dolphin?

10              MR. FORMBY:  Objection, calls for

11   speculation.

12              MR. LESSER:  Q.  Can you tell us about

13   how far you were from the Blue Dolphin when you

14   surfaced?

15        A.    I was probably one boat length, maybe one

16   and a half maximum, two boat lengths away from the Blue

17   Dolphin, somewhere in that neighborhood, between one and

18   two boat lengths.

19        Q.    And you don't need your glasses on to make

20   that estimate, do you?

21              MR. FORMBY:  Objection.  Calls for

22   speculation, no foundation.

23              THE WITNESS:  That is just what I thought

24   it was.  I can see the boat.  It is just blurry.  It is

25   not that I can't see the boat.

318

1          CERTIFICATE OF REPORTER

2          I, DENISE A. FORD, a Certified Shorthand

3     Reporter, hereby certify that the witness in the

4     foregoing deposition was by me duly sworn to tell the

5     truth, the whole truth, and nothing but the truth in the

6     within-entitled cause;

7          That said deposition was taken down in

8     shorthand by me, a disinterested person, at the time and

9     place therein stated, and that the testimony of the said

10    witness was thereafter reduced to typewriting, by

11    computer, under my direction and supervision;

12         That before completion of the deposition,

13    review of the transcript [X] was [ ] was not requested.

14    If requested, any changes made by the deponent (and

15    provided to the reporter) during the period allowed are

16    appended hereto.

17         I further certify that I am not of counsel or

18    attorney for either or any of the parties to the said

19    deposition, nor in any way interested in the event of

20    this cause, and that I am not related to any of the

21    parties thereto.

22    DATED: _____5/3/05_____

23

24         _____

25         DENISE A. FORD, CSR No. 7525