GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                           1397-0
   jlacy@goodsill.com
PATRICIA M. NAPIER                     3735-0
   pnapier@goodsill.com
RANDOLF L. M. BALDEMOR                 7421-0
   rbaldemor@goodsill.com
JILL MURAKAMI BALDEMOR                 7420-0
   jbaldemor@goodsill.com

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Limitation Plaintiff/Defendant
BLUE DOLPHIN CHARTERS, LTD.
And Limitation Plaintiff TERRY DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | CIVIL NO.: CV05-00037 HG BMK (Consolidated)<br><br>CERTIFICATE OF SERVICE<br><br>[re: Notice of Taking Depositions Upon Written Questions; Questions; Exhibit "A" (Custodian of Records of: 1) International Life Support, Inc., dba American Medical Response; 2) CR Newton; 3) Wilcox Memorial Hospital; 4) Wilcox Outpatient Treatment Center; 5) Kauai Medical Clinic; and 6) Big |

1157278.1

|  |  |
|---|---|
|  | Island Orthopedic Services (01/26/06))] |
|  | Non-Jury Trial Date: April 11, 2006<br>Judge:     The Hon. Helen Gillmor |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br>             Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 – 50,<br><br>             Defendants. | CIVIL NO.: CV04-00559 HG-BMK |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br>             Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING INC., BLUE DOLPHIN CHARTERS, LTD. AND BLUE DOLPHIN DIVING, LTD.,<br><br>             Defendants. | CIVIL NO.: CV04-00570 HG-KSC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the *Notice of Taking Deposition Upon Written Questions; Questions; Exhibit "A"*, dated January 9, 2006, was duly served upon the following parties on this date as indicated below:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| HAROLD G. HOPPE, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813 | Hoppea001@hawaii.rr.com | ☒ |
| - and - | | |
| JOHN HILLSMAN, ESQ.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94133<br><br>Attorney for DENNIS CLAYPOOL, SHERYL CLAYPOOL, KRISTIN CLAYPOOL AND SCOTT CLAYPOOL | | ☒ |

1157278.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| RICHARD LESSER, ESQ.<br>MICHELLE NELSON BASS, ESQ.<br>Lesser & Associates<br>1 Pearl Street<br>Redondo Beach, CA 90277<br><br>Attorney for<br>Claimants/Respondents<br>MATTHEW ISHAM, ROXANNE<br>BEST ISHAM and HAYDEN<br>ISHAM |  | ☒ |
| ROBERT MILLER, ESQ.<br>Dillingham Transportation Building<br>735 Bishop Street, PH 500<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant BLUE<br>DOLPHIN CHARTERS, LTD. |  | ☒ |

DATED:  Honolulu, Hawaii, January 9, 2006.

/s/ Randolf L.M. Baldemor
---
JOHN R. LACY
PATRICIA M. NAPIER
RANDOLF L. M. BALDEMOR
JILL MURAKAMI BALDEMOR

Attorneys for Limitation
Plaintiff/Defendant
BLUE DOLPHIN CHARTERS, LTD.
and Limitation Plaintiff TERRY
DONNELLY