**ORIGINAL**

HAROLD G. HOPPE, ESQ.
Law Offices of Harold G. Hoppe
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Telephone: (808) 528-1903
Facsimile: (808) 531-3860
Email: hoppea001@hawaii.rr.com

JOHN R. HILLSMAN, ESQ.
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiffs
DENNIS CLAYPOOL, SHERYL CLAYPOOL,
SCOTT CLAYPOOL and KRISTEN CLAYPOOL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 11 o'clock and 30 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE | CIVIL NO. CV04-00570 HG BMK<br><br>CERTIFICATE OF SERVICE REGARDING PLAINTIFFS DENNIS CLAYPOOL, SHERYL CLAYPOOL, SCOTT CLAYPOOL and KRISTEN CLAYPOOL'S FIRST AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION |



|  |  |  |
|---|---|---|
| DOLPHIN DIVING, INC., | ) ) ) | [DAVID RAVINSKY, M.D.] |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE REGARDING
PLAINTIFFS DENNIS CLAYPOOL, SHERYL
CLAYPOOL, SCOTT CLAYPOOL and
KRISTEN CLAYPOOL'S FIRST AMENDED
NOTICE OF TAKING VIDEOTAPED DEPOSITION

I HEREBY CERTIFY that a true and correct copy of the Plaintiffs Dennis Claypool, Sheryl Claypool, Scott Claypool and Kristen Claypool's First Amended Notice of Taking Deposition Upon Oral Examination in the above-entitled action was duly served via U.S. MAIL  JAN 0 9 2006  upon the parties as follows:

JOHN R. LACY, ESQ.
EVELYN J. BLACK, ESQ.
RANDOLF L.M. BALDEMOR, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorneys for BLUE DOLPHIN CHARTERS

ROBERT F. MILLER, ESQ.
735 Bishop Street, PH500
Honolulu, Hawaii 96813

Attorney for BLUE DOLPHIN CHARTERS and
TERRY DONNELLY

RICHARD A. LESSER, ESQ.
1 Pearl Street
Redondo Beach, California 90277

Attorney for MATTHEW ISHAM,
Individually and as Guardian ad Litem for
HAYDEN ISHAM, a minor;
ROXANNE BEST ISHAM


DATED: Honolulu, Hawaii   JAN 0 9 2006

_____
HAROLD G. HOPPE
JOHN R. HILLSMAN

Attorneys for Plaintiffs
DENNIS CLAYPOOL, SHERYL CLAYPOOL,
SCOTT CLAYPOOL and KRISTEN CLAYPOOL