Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 11 o'clock and 55 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>DECLARATION OF STEVEN M. McGUIRE |

1

|  | ) HEARING: |
|---|---|
|  | ) Date: January 23, 2006 |
|  | ) Time: 10:30 a.m. |
|  | ) Courtroom: Aha Nonoi, 4th Floor |
|  | ) Judge: The Hon. Helen Gillmor |
|  | ) |
|  | ) Non-Jury Trial Date: April 11, 2006 |
|  | ) Judge: The Hon. Helen Gillmor |
|  | ) |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | ) CIVIL NO.: CV 04 00559 HG-BMK |
| Plaintiffs, | ) |
| vs. | ) |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, | ) |
| Defendants. | ) |

2

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF STEVEN M. MCGUIRE

I, STEVEN M. MCGUIRE, declare as follows:

1. I am an attorney duly licensed to practice law before all the courts of the State of California and am admitted *pro hac vice* to practice in this court in the above-entitled action. I am an associate at Lesser & Associates, PLC, counsel of record for Matthew Isham, Individually and as Guardian ad litem for Hayden Isham, a minor and Roxanne Best Isham. I make this declaration based upon my own personal knowledge and if called upon to testify to the facts stated herein, I could and would competently do so.

2. Attached hereto as Exhibit "A" are true and correct copies of excerpts from the deposition of Matthew Isham taken on May 3, 2005.

3. Attached hereto as Exhibit "B" are true and correct copies of excerpts

3

from the deposition of Terry Donnelly taken on May 17, 2005.

    4.    Attached hereto as Exhibit "C" are true and correct copies of excerpts from the deposition of David Woolley taken on March 29, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    January 11, 2006

                                                          Steven M. McGuire, *Pro Hac Vice*

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\SM Declaration re Reply to Opposition re Isham's Partial MSJ set 012306.wpd