Richard A. Lesser - #5832
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>CERTIFICATE OF SERVICE RE: MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S REPLY TO PLAINTIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD. AND LIMITATION PLAINTIFF TERRY DONNELLY'S MEMORANDUM IN OPPOSITION TO MATTHEW ISHAM, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HAYDEN ISHAM, A MINOR AND ROXANNE BEST ISHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF STEVEN M. McGUIRE; MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S SEPARATE AND CONCISE STATEMENT IN SUPPORT OF REPLY TO PLAINTIFF/ |

|  |  |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>        Defendants. | ) DEFENDANT BLUE DOLPHIN<br>) CHARTERS, LTD. AND LIMITATION<br>) PLAINTIFF TERRY DONNELLY'S<br>) MEMORANDUM IN OPPOSITION TO<br>) MATTHEW ISHAM, INDIVIDUALLY<br>) AND AS GUARDIAN AD LITEM FOR<br>) HAYDEN ISHAM, A MINOR AND<br>) ROXANNE BEST ISHAM'S MOTION<br>) FOR PARTIAL SUMMARY JUDGMENT<br>)<br>) HEARING:<br>) Date:       January 23, 2006<br>) Time:      10:30 a.m.<br>) Courtroom: Aha Nonoi, 4th Floor<br>) Judge:     The Hon. Helen Gillmor<br>)<br>) Non-Jury Trial Date:  April 11, 2006<br>) Judge:     The Hon. Helen Gillmor<br>)<br>) CIVIL NO.: CV 04 00559 HG-BMK |

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>         Defendants. | )  CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Robert Miller<br>Dillingham Transportation Building<br>735 Bishop Street, PH 500<br>Honolulu, HI 96813<br><br>Attorney for Blue Dolphin Charters,<br>Ltd. and Terry Donnelly | January 11, 2006 |

3

Randolph Baldemor
Goodsill, Anderson, Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea St.
Honolulu, HI 96813

January 11, 2006

Attorneys for Limitation Plaintiffs
Blue Dolphin Charters, Ltd. and
Terry Donnelly

John Hillsman
McGuinn, Hillsman & Palefsky
535 Pacific Ave.
San Francisco, California 94133

January 11, 2006

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool

Harold G. Hoppe
Pacific Guardian Center, Makai
Tower
733 Bishop Street, Suite 2300
Honolulu, HI 96813

January 11, 2006

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool

Dated: Redondo Beach, California, January 11th , 2006.

Steven M. McGuire, *Pro Hac Vice*

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\COS re Reply to Opposition re Isham's Partial MSJ set 012306.wpd