# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00559HG-BMK, CV 04-00570HG-BMK, CV 05-00037HG-BMK |
| CASE NAME: | Isham v. Blue Dolphin<br>Claypool v. Capt. Andy's<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | John Hillsman by phone |
| ATTYS FOR DEFT: | John Steiner by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 1/17/2006 | TIME: | 10:35 - 10:45 |

COURT ACTION:  EP: Status Conference held.


Submitted by Richlyn Young, Courtroom Manager