# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00570HG-BMK AND CV 05-00037HG-BMK |
| CASE NAME: | Claypool v. Capt. Andy's<br>In the Matter of the Complaint of Blue Dolphin |
| ATTYS FOR PLA: | John Hillsman by phone, Harold Hoppe |
| ATTYS FOR DEFT: | Patricia Napier, Randolf Baldemor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No record |
| DATE: | 1/18/2006 | TIME: | 3:32 - 3:47 |

COURT ACTION:  EP: Discovery Conference held re IME of Dennis Claypool. Patricia Napier to prepare order.

Submitted by Richlyn Young, Courtroom Manager