ORIGINAL

Richard A. Lesser - #5832
Steven M. McGuire, *pro hac vice*
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone: (310) 374-4808
Facsimile: (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at __1__ o'clock and __36__ min. P.M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>CERTIFICATE OF SERVICE RE: MATTHEW ISHAM, individually and as Guardian ad Litem for, HAYDEN ISHAM, a minor and ROXANNE BEST ISHAM'S OPPOSITION TO LEXINGTON INSURANCE COMPANY'S MOTION FOR AUTHORITY TO WITHDRAW LIMITATION BOND AND DECLARATION OF RICHARD A. LESSER |

1

|  |  |
|---|---|
|  | ) HEARING: <br> ) Date: <br> ) Time: <br> ) Courtroom: Aha Nonoi, 4th Floor <br> ) Judge:     The Hon. Helen Gillmor <br> ) <br> ) Jury Trial Date:   April 11, 2006 <br> ) Judge:     The Hon. Helen Gillmor <br> ) |
| MATTHEW ISHAM, <br> individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br>           Plaintiffs, <br><br>           vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, <br><br>           Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| DENNIS CLAYPOOL, SHERYL CLAYPOOL individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | CIVIL NO.: CV 04 00570 HG-KSC |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

Robert Miller                                      January 18, 2006
Dillingham Transportation Building
735 Bishop Street, PH 500
Honolulu, HI 96813

Attorney for Blue Dolphin Charters,
Ltd. and Terry Donnelly

3

| | |
|---|---|
| Randolph Baldemor<br>Goodsill, Anderson, Quinn & Stifel<br>Alii Place, Suite 1800<br>1099 Alakea St.<br>Honolulu, HI 96813<br><br>Attorneys for Limitation Plaintiffs<br>Blue Dolphin Charters, Ltd. and<br>Terry Donnelly | January 18, 2006<br><br>Via Facsimile (808) 547-5880 |
| John Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, California 94133<br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | January 18, 2006<br><br>Via Facsimile (415) 403-0202 |
| Harold G. Hoppe<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, HI 96813<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | January 18, 2006 |
| Jonathan H. Steiner<br>McCorriston Miller Mukai<br>MacKinnon LLP<br>500 Ala Moana Blvd.<br>Five Waterfront Plaza, 4th Floor<br>Honolulu, HI 96813<br><br>Attorney for Interested Party<br>Lexington Insurance Company | January 18, 2006<br><br>Via Facsimile (808) 524-8293 |

Dated: Redondo Beach, California, January 18th, 2006.



Richard A. Lesser

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\COS re Opposition to Lexington's Motion to Withdraw Limitation Bond.wpd

4