GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                 1397-0
   jlacy@goodsill.com
EVELYN J. BLACK              4362-0
   eblack@goodsill.com
RANDOLF L. M. BALDEMOR       7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
BLUE DOLPHIN CHARTERS, LTD.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2005

at _____ o'clock and ____ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>            Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1-105,<br><br>           Defendants. | CIVIL NO. CV04-00559 ACK/KSC (In Admiralty)<br><br>WITHDRAWAL AND APPEARANCE OF COUNSEL AND ORDER; CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE: December 6, 2005<br>JUDGE: Hon. Alan C. Kay |

935791.1

**Exhibit "4"**

## WITHDRAWAL AND APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.6 of the United States District Court, GOODSILL ANDERSON QUINN & STIFEL, hereby withdraw as counsel for Defendant BLUE DOLPHIN CHARTERS, LTD. and

ROBERT F. MILLER hereby enters his appearance as counsel for Defendant BLUE DOLPHIN CHARTERS, LTD.

Trial has been set for December 6, 2005, before the Honorable Alan C. Kay, Senior United States District Judge.

DATED: Honolulu, Hawai'i, April 14, 2005

_____
JOHN R. LACY
EVELYN J. BLACK
RANDOLF L.M. BALDEMOR
Withdrawing Attorneys for Defendant
BLUE DOLPHIN CHARTERS, LTD.

_____
ROBERT F. MILLER
Appearing Attorney for Defendant
BLUE DOLPHIN CHARTERS, LTD.

2

APPROVED AND ACCEPTED:

_____
TERRY DONNELLY, President
Defendant BLUE DOLPHIN
CHARTERS, LTD.


APPROVED AND SO ORDERED:

_____

JUDGE OF THE ABOVE-ENTITLED
COURT

Matthew Isham, et al. vs. Blue Dolphin Charters, Ltd., et al., Civil No. CV04 00559 ACK/BMK; Withdrawal and Appearance of Counsel and Order