| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332 (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE | OMB APPROVED 2115-0110 |
|---|---|---|

VESSEL BUILT AT __NATIONAL CITY, CA__

(AND) _____ IN __1999__

BY __KNIGHT & CARVER YACHTCENTER, INC__

FOR __BLUE DOLPHIN CHARTERS, LTD__

BUILDER'S CERTIFICATE DATED __7/20/99__

TITLE ASSIGNED TO _____

__1082213__
(OFFICIAL NUMBER)
__KCEBD621G999__
(HULL ID NUMBER)

(5) _____
(4) _____
(3) _____
(2) _____
(1) __BLUE DOLPHIN (10/15/99)__
NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100 | 12 23 99 | $250,000.00 | 00-07 | 63 |
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| NVDC | | 01 06 00 | 08 20 AM | | - - - |
| GRANTOR | | | | | |
| BLUE DOLPHIN CHARTERS, LTD | | | | | |
| GRANTEE | | | | | |
| FIRST HAWAIIAN BANK<br>999 BISHOP ST.<br>HONOLULU, HI  96813 | | | | | |

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| GRANTOR | | | | | |
| GRANTEE | | | | | |

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| GRANTOR | | | | | |
| GRANTEE | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: _____  TIME: _____

PAGE: ____ OF ____  PORT: _____

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

Page 1 of 3

**Exhibit "10"**

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | | | | OFFICIAL NO. 1082213 | |
|---|---|---|---|---|---|---|
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| SMTG | 100 | 08 25 03 | 250,000.00 | | 03-96 | 489 |
| FILED PORT | | DATE | | TIME | DATE TERMINATED | |
| NVDC | | 09 02 03 | | 08 15 AM | — — — | |
| GRANTOR | | | | | | |
| REFERS TO BOOK 00-07 PAGE 63 FIRST HAWAIIAN BANK | | | | | | |
| GRANTEE | | | | | | |
| BLUE DOLPHIN CHARTERS LTD | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | DATE TERMINATED | |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | DATE TERMINATED | |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | | TIME | DATE TERMINATED | |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE    ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:        TIME:

PAGE:    OF    PORT:

DOCUMENTATION OFFICER

PREVIOUS DOCUMENTATION MAY BE USED

Page 2 of 3