# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 04-00559HG-BMK, CV. 04-00570HG-BMK, CV. 05-00037HG-BMK |
| CASE NAME: | MATTHEW ISHAM, individually and as Guardian At Litem for Hayden Isham, a minor, et al. vs. BLUE DOLPHIN CHARTERS, LTD., et al. |
| | In the Matter of the Complaint of BLUE DOLPHIN CHARTERS, LTD., et al. |
| | DENNIS CLAYPOOL, t al. vs. CAPTAIN ANDY'S SAILING, INC., et al. |
| ATTYS FOR PLA: | Richard A. Lesser<br>Attorney for the Ishams |
| | John R. Hillsman/Harold G. Hoppe<br>Attorneys for the Claypools |
| ATTYS FOR DEFT: | Randy L.M. Baldemor/Patridia Napier<br>Attorneys for Blue Dolphin Charters, Ltd. and Terry Donnelly |
| | Robert F. Miller<br>Blue Dolphin Charters, Ltd. and Blue Dolphin Diving Ltd. |
| | Jonathan H. Steiner<br>Attorney for Lexington Insurance Company |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 23, 2006 | TIME: | 10:50 - 11:40 |

COURT ACTION:  LEXINGTON INSURANCE COMPANY'S MOTION FOR
AUTHORITY TO WITHDRAW LIMITATION BOND -
(filed in Cv. 05-00037HG-BMK)

Case 1:04-cv-00570-HG-BMK   Document 138   Filed 01/23/2006   Page 2 of 2

PLAINTIFF MATTHEW ISHAM, individually and as Guardian Ad Litem for Hayden Isham, a minor, and ROXANNE BEST ISHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT -

Mr. Hillsman participated in the hearing by telephone.

Arguments held.

The Court questions Lexington Insurance Company's standing to bring the Motion for Authority to Withdraw Limitation Bond. Blue Dolphin Charters, Ltd. should have more properly brought the motion. The Motion for Authority to Withdraw Limitation Bond is DENIED.

Plaintiff Matthew Isham, individually and as Guardian Ad Litem for Hayden Isham, a minor, and Roxanne Best Isham's Motion for Partial Summary Judgment is taken under submission.

Each party is required to meet the deadline for Disclosure of Experts. By agreement of the parties, the Court allows that the expert reports shall be exchanged two weeks after the Disclosure of Experts deadline.

Submitted by: David H. Hisashima, Courtroom Manager