HAROLD G. HOPPE     5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:   (808) 528-1903
Facsimile:    (808) 531-3860
E-Mail:        hoppea001@hawaii.rr.com

JOHN R. HILLSMAN     71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:   (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>     Plaintiffs,<br>  vs.<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>     Defendants.<br>_____ | Civil No. CV04 00570 HG- BMK<br><br>CERTIFICATE OF SERVICE FOR PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>Defendants.<br>_____ | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY<br>_____ | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the **THE CLAYPOOL PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES** was duly served on February 8, 2006, upon the following persons and parties as follows:

| Type of Service | Addressee | Party |
|---|---|---|
| Hand Delivery | John R. Lacy<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI  96813 | Blue Dolphin Charters |
| Hand Delivery | Robert F. Miller<br>735 Bishop St., PH 500<br>Honolulu, HI 96813 | Blue Dolphin Charters<br>Terry Donnelly |
| U.S. MAIL | Richard Lesser<br>1 Pearl Street<br>Redondo Beach, CA 90277 | Isham Plaintiffs |

DATED: Honolulu,  Hawaii, February 8, 2006

                                            /s/ Harold G. Hoppe
                                            Harold G. Hoppe
                                            Co-counsel for Plaintiffs
                                            Claimants/Respondents