ROBERT F. MILLER    2055
735 BISHOP ST., PH 500
HONOLULU, HI 96813
Telephone: (808)521-3356
Facsimile: (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) No. CV05-00037 HG BMK )<br>)<br>) **OFFER TO ALLOW MONEY** ) **JUDGMENT TO BE TAKEN** ) **AGAINST LIMITATION** ) **PLAINTIFF / DEFENDANT BLUE** ) **DOLPHIN CHARTERS, LTD., IN** ) **FAVOR OF THE CLAYPOOL** ) **PLAINTIFFS, UNDER FED.** ) **R.CIV.P. 68** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DENNIS CLAYPOOL, individually ) No. CV04-00570 HG- BMK
and as Guardian Ad Litem for )
KRISTEN CLAYPOOL, a minor, )
SHERYL CLAYPOOL, SCOTT )
CLAYPOOL, and KRISTEN )
CLAYPOOL, )
    Plaintiffs, )
  vs. )
   )
CAPTAIN ANDY'S SAILING, INC., )
BLUE DOLPHIN CHARTERS, LTD. )
and BLUE DOLPHIN DIVING, INC., )
    Defendants. )


MATTHEW ISHAM, individually ) NO. CV04-00559 HG-BMK
and as Guardian ad Litem for )
HAYDEN ISHAM, a minor, )
ROXANNE BEST ISHAM, )
  )
   Plaintiffs, )
  )
  vs. )
  )
BLUE DOLPHIN CHARTERS, LTD. )
and BLUE DOLPHIN DIVING, LTD., )
CAPTAIN ANDY'S SAILING, )
INC., )
  )
   Defendants. )

COMES NOW LIMITATION PLAINTIFF / DEFENDANT BLUE DOLPHIN CHARTERS, LTD., pursuant to Fed.R.Civ.P. 68, who herewith offers to allow a "new money" judgment to be taken against it, over and above any settlement sums already paid to the CLAYPOOL Claimants by its employee MATTHEW ISHAM, in the amounts of:

(1)   $950,000 in favor of Plaintiff / Limitation Claimant DENNIS CLAYPOOL;

(2)   $650,000 in favor of Plaintiff / Limitation Claimant SHERYL CLAYPOOL;

(3)   $50,000 in favor of Plaintiff / Limitation Claimant SCOTT CLAYPOOL, and;

(4)   $50,000 in favor of Plaintiff KRISTEN CLAYPOOL.

Rls!

DATED: Honolulu, Hawaii, _December 20, 2005_

ROBERT F. MILLER
Attorney for Terry Donnelly
and Blue Dolphin Charters