AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | CIVIL 04-00559HG-BMK |
| Plaintiffs, | |
| V. | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., | |
| Defendants. | |
| | |
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, | CIVIL 04-00570HG-BMK |
| Plaintiffs, | |
| V. | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD., and BLUE DOLPHIN DIVING, INC., | |
| Defendants. | |

JUDGMENT IN A CIVIL CASE
Consolidated Civil Case Numbers: 04-00559HG-BMK,
04-00570HG-BMK, 05-00037HG-BMK
February 13, 2006
Page 2

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL 05-00037HG-BMK |

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT pursuant to Federal Rules of Civil Procedure Rule 68, JUDGMENT is entered and is entered in favor of Dennis Claypool, Sheryl Claypool, Scott Claypool, and Kristen Claypool, and against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd., and is entered as pursuant to those provisions contained and stated in the *"Notice of Acceptance of Blue Dolphin Charters, Ltd.'s Offer to Allow Money Judgment to be taken against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd., in favor of the Claypool Plaintiffs pursuant to Rule 68 of the Federal Rules of Civil Procedure; Declaration of Harold G. Hoppe; Offer of Judgment; Certificate of Service"* filed on February 6, 2006.

cc:   All Counsel of Record

| February 13, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |