

ORIGINAL

Robert F. Miller 2055
735 Bishop Street PH 500
HONOLULU, HI 96813
Telephone:  (808) 521 3356
Facsimile:   (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ____ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK <br> )          [3 Consolidated Cases] <br> ) <br> ) <br> ) <br> ) AMENDED OFFER TO ALLOW <br> ) MONEY JUDGEMENT TO BE TAKEN <br> ) AGAINST LIMITATION <br> ) PLAINTIFF/DEFENDANTS BLUE <br> ) DOLPHIN CHARTERS, LTD. and <br> ) TERRY DONNELLY IN FAVOR OF <br> ) MATTHEW ISHAM, INDIVIDUALLY <br> ) UNDER FED. RULE CIV. P. 68 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | ) CIVIL NO.: CV 04 00559 HG-BMK )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, | ) CIVIL NO.: CV 04 00570 HG-BMK )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

2

AMENDED OFFER TO ALLOW MONEY JUDGEMENT TO
BE TAKEN AGAINST LIMITATION PLAINTIFF/DEFENDANTS BLUE
DOLPHIN CHARTERS, LTD. and TERRY DONNELLY IN FAVOR OF
MATTHEW ISHAM, INDIVIDUALLY UNDER FED. RULE CIV. P. 68

COMES NOW LIMITATION PLAINTIFF/DEFENDANTS BLUE

DOLPHIN CHARTERS, LTD. and TERRY DONNELLY, pursuant to Fed/ R.

Civ. P. 68, who herewith offers to allow a "new money" judgement to be taken

against LIMITATION PLAINTIFF/DEFENDANTS BLUE DOLPHIN

CHARTERS, LTD. and TERRY DONNELLY, in the amount of Two Million Nine

Hundred Seventy Five Thousand ($2,975,000.) Dollars in favor of

Plaintiff/Limitation Claimant MATTHEW ISHAM, individually only.

Dated: HONOLULU, HAWAII, February 13, 2006.

_____
ROBERT F. MILLER
Attorney for Terry Donnelly and Blue Dolphin
Charters, Ltd.

3