Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM'S MOTION FOR JUDGMENT ENFORCING LIABILITY ON BOND |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL NO.: CV 04 00570 HG-BMK |

MEMORANDUM IN SUPPORT OF PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM'S MOTION FOR <u>JUDGMENT ENFORCING LIABILITY ON BOND</u>

I.  ARGUMENT.

Whenever a party provides security in the form of a bond or undertaking pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, the surety for such bond or undertaking submits to the jurisdiction of the court and irrevocably appoints the clerk of the court as the surety's agent upon whom any papers affecting the surety's liability on the bond or undertaking may be served. F.R.C.P. 65.1. The surety's liability may be enforced on motion without the necessity of an independent action. Id.

On January 21, 2005, Blue Dolphin Charters, Ltd. and Terry Donnelly filed with the Court a bond with approved surety in the amount of $435,000.00 with interest thereon at the rate of 6% per annum from the date of the security. Declaration of Steven M. McGuire, ¶A.  On March 2, 2006, the Court entered judgment against Blue Dolphin Charters, Ltd. and Terry Donnelly in the amount of two million nine hundred and seventy five thousand dollars ($2,975,000.00) as stated in the Amended Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendants Blue Dolphin Charters, Ltd. and Terry Donnelly in Favor of Matthew Isham, Individually Under Fed. Rule Civ. P. 68 filed February 17, 2006. Declaration of Steven M. McGuire, ¶¶ B, C.

Pursuant to the matters set forth hereinabove, Plaintiff/Limitation Claimant Matthew Isham, Individually, respectfully requests that the Court enter judgment against the surety American Home Assurance Company in the amount of $435,000.00 with interest thereon from the date of security.

Dated: Redondo Beach, California, March 3rd, 2006.

                        LESSER & ASSOCIATES, PLC

                        /s/ Steven M. McGuire
                        STEVEN M. McGUIRE
                        Attorneys for Claimants/Respondents
                        and Plaintiffs MATTHEW ISHAM, individually
                        and as Guardian ad Litem for, HAYDEN ISHAM,
                        a minor and ROXANNE BEST ISHAM

C:\Cases\Isham\Memorandum re Isham's Motion for Judgment.wpd