Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>DECLARATION OF STEVEN M. McGUIRE; EXHIBITS "A" - "C" |

1

| | | |
|---|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | ) ) ) ) ) ) | CIVIL NO.: CV 04 00559 HG-BMK |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, | ) ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00570 HG-BMK |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

DECLARATION OF STEVEN McGUIRE

I, Steven M. McGuire, declare as follows:

1.   I am an associate at Lesser & Associates, PLC, counsel of record for Plaintiff/Limitation Claimant Matthew Isham. I am admitted to practice pro hac vice in this matter before this court. I make this declaration under penalty of perjury.

2.   A true and correct copy of Bond Under Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of Blue Dolphin Charters, Ltd. and Terry Donnelly is attached hereto as Exhibit "A."

3.   A true and correct copy of this courts Judgment in a Civil Case is attached hereto as Exhibit "B."

4.   A true and correct copy of the Amended Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendants Blue Dolphin Charters, Ltd. and Terry Donnelly in Favor of Matthew Isham, Individually Under Fed. Rule Civ. P. 68 is attached hereto as Exhibit "C."

Dated: Redondo Beach, California, March 3rd, 2006.

/s/ Steven M. McGuire
STEVEN M. McGUIRE