Richard A. Lesser - #5832
Steven M. McGuire, *Pro Hac Vice*
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>)         [3 Consolidated Cases]<br>)<br>) NOTICE OF HEARING ON MOTION; ;<br>) PLAINTIFF/LIMITATION CLAIMANT<br>) MATTHEW ISHAM'S MOTION FOR<br>) JUDGMENT ENFORCING LIABILITY<br>) ON BOND; MEMORANDUM IN<br>) SUPPORT THEREOF; DECLARATION<br>) OF STEVEN MCGUIRE, EXHIBITS "A"<br>) - "C"; CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>        Defendants. | CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>        Defendants. | CIVIL NO.: CV 04 00570 HG-BMK |

2

NOTICE OF HEARING ON MOTION

To American Home Assurance Company on the bond of Blue Dolphin Charters, Ltd. and Terry Donnelly and to their attorney of record:

PLEASE TAKE NOTICE that the following Motion: Plaintiff/Limitation Claimant Matthew Isham's Motion for Judgment Enforcing Liability on Bond will be heard before the Honorable Barry M. Kurren, United States District Judge, in his courtroom in the United States District Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006 at _____ a.m. / p.m. or as soon thereafter as counsel may be heard.

Dated: Redondo Beach, California, March 3rd, 2006.

LESSER & ASSOCIATES, PLC


/s/ Steven M. McGuire
STEVEN M. McGUIRE
Attorneys for Claimants/Respondents
and Plaintiffs MATTHEW ISHAM, individually
and as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

C:\Cases\Isham\Notice of Hearing Date re Isham's Motion for Judgment.wpd