Richard A. Lesser - #5832
Steven M. McGuire, *pro hac vice*
LESSER & ASSOCIATES
A Professional Law Corporation
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715
Email: lesser@divelaw.com

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | Civil NO. CV05-00037 HG-BMK  [3 Consolidated Cases]  CERTIFICATE OF SERVICE RE: NOTICE OF HEARING ON MOTION; PLAINTIFF/LIMITATION CLAIMANT MATTHEW ISHAM'S MOTION FOR JUDGMENT ENFORCING LIABILITY ON BOND; MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF STEVEN MCGUIRE; EXHIBITS "A" - "C"; CERTIFICATE OF SERVICE |

1

| | | |
|---|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, | ) ) ) ) ) ) | CIVIL NO.: CV 04 00559 HG-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, | ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00570 HG-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at

2

their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Robert Miller<br>Dillingham Transportation Building<br>735 Bishop Street, PH 500<br>Honolulu, HI 96813<br><br>Attorney for Blue Dolphin Charters,<br>Ltd. and Terry Donnelly | March 8, 2006 |
| Randolph Baldemor<br>John R. Lacy<br>Goodsill, Anderson, Quinn & Stifel<br>Alii Place, Suite 1800<br>1099 Alakea St.<br>Honolulu, HI 96813<br><br>Attorneys for Limitation Plaintiffs<br>Blue Dolphin Charters, Ltd. and<br>Terry Donnelly | March 8, 2006 |
| John Hillsman<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Ave.<br>San Francisco, California 94133<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | March 8, 2006 |
| Harold G. Hoppe<br>Pacific Guardian Center, Makai<br>Tower<br>733 Bishop Street, Suite 2300<br>Honolulu, HI 96813<br><br>Attorneys for Claimants/Respondents<br>Dennis Claypool, Sheryl Claypool,<br>Kristin Claypool and Scott Claypool | March 8, 2006 |

Jonathan H. Steiner  
McCorriston Miller Mukai  
MacKinnon LLP  
500 Ala Moana Blvd.  
Five Waterfront Plaza, 4th Floor  
Honolulu, HI 96813

March 8, 2006

Attorney for Interested Party  
Lexington Insurance Company

    Dated: Redondo Beach, California, March 8, 2006.

                                                  /s/ Steven M. McGuire  
                                                _____  
                                                Steven M. McGuire

C:\Cases\Isham\COS re Isham's Motion for Judgment.wpd