IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD., AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | CIVIL NO.: CV05-00037 HG BMK (Consolidated) |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, Plaintiffs, vs. BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1-50, Defendants. | CIVIL NO. 04-00559 HG-BMK |
| DENNIS CLAYPOOL, SHERYL CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, Plaintiffs, vs. | CIVIL NO. 04-00570 HG-KSC DECLARATION OF JONATHAN H. STEINER |

135079.1

```
CAPTAIN ANDY'S SAILING INC.,     )
BLUE DOLPHIN CHARTERS, LTD.      )
AND BLUE DOLPHIN DIVING,         )
LTD.                             )
                                 )
            Defendants.          )
                                 )
_____)
```

## DECLARATION OF JONATHAN H. STEINER

I, JONATHAN H. STEINER, hereby declare that:

1. I am licensed to practice law in all courts of the State of Hawaii.

2. I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, counsel for Interested Party Lexington Insurance Company ("Lexington") in the above-referenced matter. The facts set forth in this declaration are on personal knowledge unless otherwise stated.

3. Attached hereto as Exhibit "A" is a true and correct copy of Lexington policy no. 1323464.

4. Attached hereto as Exhibit "B" is a true and correct copy of Lexington Certificate of Insurance no. 503737.

5. Attached hereto as Exhibit "C" is a true and correct copy of Lexington Certificate of Insurance no. 505807.

6. Attached hereto as Exhibit "D" is a true and correct copy of the Bond Under Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, filed on January 21, 2005.

135079.1                          2

7. Attached hereto as Exhibit "E" is a true and correct copy of letter dated June 17, 2005 to Jonathan H. Steiner from Robert F. Miller.

8. Attached hereto as Exhibit "F" is a true and correct copy of letter dated June 20, 2005 to Robert F. Miller from Jonathan H. Steiner.

9. Attached hereto as Exhibit "G" is a true and correct copy of letter dated November 28, 2005 to Robert F. Miller from Jonathan H. Steiner.

10. Attached hereto as Exhibit "H" is a true and correct copy of the Declaration of Cheryl Peterson, which was filed herein on January 20, 2006, in support of Interested Party Lexington Insurance Company's Reply Memorandum in Support of its Motion for Authority to Withdraw Limitation Bond Upon Settlement of All Insured Claims.

11. Attached hereto as Exhibit "I" is a true and correct copy of the Notice of Acceptance of Blue Dolphin Charters, Ltd.'s Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendant Blue Dolphin Charters, ltd., in Favor of the Claypool Plaintiffs Pursuant to Rule 68 of the Federal Rules of Civil Procedure, filed on February 6, 2006.

12. Attached hereto as Exhibit "J" is a true and correct copy of the Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd., in Favor of Matthew Isham, Individually Under Fed. Rule Civ. P. 68, filed on February 17, 2006.

13. Attached hereto as Exhibit "K" is a true and correct copy of the Amended Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Terry Donnelly in Favor of Matthew Isham, Individually Under Fed. Rule Civ. P. 68, filed on February 17, 2006.

14. Attached hereto as Exhibit "L" is a true and correct copy of the Notice of Acceptance of Blue Dolphin Charter Ltd and Terry Donnelly's Amended Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. and Limitation Plaintiff Terry Donnelly in Favor of Plaintiff/Limitation Claimant Matthew Isham, Individually Pursuant to Rule 68 of the Federal Rules of Civil Procedure, filed on February 21, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 30, 2006.

/s/ Jonathan H. Steiner
JONATHAN H. STEINER

Attorney for Interested Party
LEXINGTON INSURANCE COMPANY