## ROBERT F. MILLER

Attorney at Law
A Limited Liability Law Company
Dillingham Transportation Building
735 Bishop Street, Penthouse 500
Honolulu, Hawaii 96813

Telephone (808) 521-3356
Facsimile (808) 521-3359

http://www.robertfmiller.com
info@robertfmiller.com

June 17, 2005

Jonathan H. Steiner, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813

> RE:  Claypool, et al. v. Isham; Civil No. 04-00570
>      <u>Lexington Insurance Company Policy No. 1323464</u>

Dear Mr. Steiner:

I have reviewed the letters of June 15, 16 and 17 with my clients Terry Donnelly ("Donnelly") and Blue Dolphin Charters, Ltd. ("BDC"). We have no objection to Mr. Hillman's letter of June 16th modifying Mr. Steiner's letter of June 15th. Lexington should tender pursuant to those conditions, as stated.

Please be advised that Donnelly and BDC are still seeking relief under Eric Trout's policy and we are not waiving any of Donnelly's and BDC's rights as to this policy. Thank you for your cooperation.

Best regards,

ROBERT F. MILLER

RFM:teo

cc:  Mr. Terry Donnelly

RECEIVED
JUN 20 2005
10:24
JONATHAN H. STEINER

EXHIBIT " <u>E</u> "

