ORIGINAL

Robert F. Miller 2055
735 Bishop Street PH 500
HONOLULU, HI 96813
Telephone:  (808) 521 3356
Facsimile:   (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 3 o'clock and 52 min. p M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK )     [3 Consolidated Cases] ) ) ) ) ) OFFER TO ALLOW MONEY ) JUDGEMENT TO BE TAKEN AGAINST ) LIMITATION PLAINTIFF/DEFENDANT ) BLUE DOLPHIN CHARTERS, LTD., IN ) FAVOR OF MATTHEW ISHAM, ) INDIVIDUALLY UNDER FED. RULE ) CIV. P. 68 ) ) ) ) ) ) ) |

EXHIBIT " U "

1

MATTHEW ISHAM,                         ) CIVIL NO.: CV 04 00559 HG-BMK
individually and as Guardian Ad        )
Litem for HAYDEN ISHAM, a              )
minor; ROXANNE BEST                    )
ISHAM,                                 )
                                       )
         Plaintiffs,                   )
                                       )
     vs.                               )
                                       )
BLUE DOLPHIN CHARTERS,                 )
LTD. and BLUE DOLPHIN                  )
DIVING, LTD., CAPTAIN                  )
ANDY'S SAILING, INC.,                  )
DOES 1 - 50,                           )
                                       )
         Defendants.                   )
                                       )
_____          )
DENNIS CLAYPOOL,                       ) CIVIL NO.: CV 04 00570 HG-BMK
individually and as Guardian ad        )
Litem for KRISTEN                      )
CLAYPOOL, a minor, SHERYL              )
CLAYPOOL, SCOTT                        )
CLAYPOOL, AND KRISTEN                  )
CLAYPOOL,                              )
                                       )
         Plaintiffs,                   )
                                       )
     vs.                               )
                                       )
CAPTAIN ANDY'S SAILING,                )
INC., BLUE DOLPHIN                     )
CHARTERS, LTD. And BLUE                )
DOLPHIN DIVING, LTD.,                  )
                                       )
         Defendants.                   )
_____          )

COMES NOW LIMITATION PLAINTIFF/DEFENDANT BLUE DOLPHIN

CHARTERS, LTD., pursuant to Fed/ R. Civ. P. 68, who herewith offers to allow

a "new money" judgement to be taken against it, in the amount of Two Million

Nine Hundred Seventy Five Thousand ($2,975,000.) Dollars in favor of

Plaintiff/Limitation Claimant MATTHEW ISHAM, individually only.


Dated: HONOLULU, HAWAII, February 13, 2006.


_____
ROBERT F. MILLER
Attorney for Terry Donnelly and Blue Dolphin
Charters, Ltd.

## Joy M. Clemente

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Sunday, February 19, 2006 5:15 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00037-HG-BMK Blue Dolphin Charter, et al v. "Notice of Acceptance with Offer of Judgment" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 2/19/2006 at 5:14 PM HST and filed on 2/17/2006

| | |
|---|---|
| **Case Name:** | Blue Dolphin Charter, et al v. |
| **Case Number:** | 1:05-cv-37 |
| **Filer:** | Blue Dolphin Charters, Ltd. |
| | Terry Donnelly |
| **Document Number:** | 193 |

**Docket Text:**
OFFER to allow money judgment to be taken against limitation plaintiff/defendant Blue Dolphin Charters, Ltd., in favor of Matthew Isham, individually, under FRCP 68 - filed by Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd. in CV 04-00559HG-BMK, 04-00570HG-BMK, and 05-00037HG-BMK (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/19/2006] [FileNumber=34376-0]
[bae739e6f9a06c849ef9825049b4da7a0c659241540f0a8119b202a5d936d5baf0752
0564f9e189bbd6713cded7f4a3ee3a576241c560eb3f5a97c598e91aeba]]

**1:05-cv-37 Notice will be electronically mailed to:**

Randy L.M. Baldemor    rbaldemor@goodsill.com, cmuraoka@goodsill.com;
lsugamoto@goodsill.com; jhyuen@goodsill.com

Harold G. Hoppe    hoppea001@hawaii.rr.com

2/22/2006

Richard A. Lesser    rick@divelaw.com, lizardbrane@aol.com

Steven M. McGuire    mcguire@divelaw.com

Jonathan Harry Steiner    steiner@m4law.com

**1:05-cv-37 Notice will be delivered by other means to:**

Michele N. Bass
Lesser & Associates
Pacific Guardian Ctr Mauka Twr
737 Bishop St Ste 2730
Honolulu, HI 96813

Evelyn J. Black
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

John R. Hillsman
McGuinn Hillsman & Palefsky
535 Pacific Ave
San Francisco, CA 94133

John R. Lacy
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

2/22/2006