**ORIGINAL**

Robert F. Miller 2055
735 Bishop Street PH 500
HONOLULU, HI 96813
Telephone:  (808) 521 3356
Facsimile:   (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>) [3 Consolidated Cases]<br>)<br>)<br>)<br>) AMENDED OFFER TO ALLOW<br>) MONEY JUDGEMENT TO BE TAKEN<br>) AGAINST LIMITATION<br>) PLAINTIFF/DEFENDANTS BLUE<br>) DOLPHIN CHARTERS, LTD. and<br>) TERRY DONNELLY IN FAVOR OF<br>) MATTHEW ISHAM, INDIVIDUALLY<br>) UNDER FED. RULE CIV. P. 68<br>) |

EXHIBIT " K "

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>Defendants. | ) CIVIL NO.: CV 04 00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2

AMENDED OFFER TO ALLOW MONEY JUDGEMENT TO
BE TAKEN AGAINST LIMITATION PLAINTIFF/DEFENDANTS BLUE
DOLPHIN CHARTERS, LTD. and TERRY DONNELLY IN FAVOR OF
MATTHEW ISHAM, INDIVIDUALLY UNDER FED. RULE CIV. P. 68

COMES NOW LIMITATION PLAINTIFF/DEFENDANTS BLUE DOLPHIN CHARTERS, LTD. and TERRY DONNELLY, pursuant to Fed/ R. Civ. P. 68, who herewith offers to allow a "new money" judgement to be taken against LIMITATION PLAINTIFF/DEFENDANTS BLUE DOLPHIN CHARTERS, LTD. and TERRY DONNELLY, in the amount of Two Million Nine Hundred Seventy Five Thousand ($2,975,000.) Dollars in favor of Plaintiff/Limitation Claimant MATTHEW ISHAM, individually only.

Dated: HONOLULU, HAWAII, February 13, 2006.

_____
ROBERT F. MILLER
Attorney for Terry Donnelly and Blue Dolphin Charters, Ltd.

3

## Joy M. Clemente

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Wednesday, February 22, 2006 11:22 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00037-HG-BMK Blue Dolphin Charter, et al v. "Amended Document" |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from bbb, entered on 2/22/2006 at 11:22 AM HST and filed on 2/17/2006

| | |
|---|---|
| **Case Name:** | Blue Dolphin Charter, et al v. |
| **Case Number:** | 1:05-cv-37 |
| **Filer:** | Blue Dolphin Charters, Ltd. |
| | Terry Donnelly |

**Document Number:** 197

**Docket Text:**
AMENDED [193] OFFER to allow money judgment to be taken against limitation plaintiff/defendant Blue Dolphin Charters, Ltd., in favor of Matthew Isham, individually, under FRCP 68 by Blue Dolphin Charters, Ltd., Terry Donnelly. (bbb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/22/2006] [FileNumber=35550-0]
[8f521d150fbd271d4172c818b578020ac10c57a6539585014ec3e0352220043e9a811
9c92cd688a0fac17d5daaffaf338c9fa6bf2745257802e8eb013ae4e074]]

**1:05-cv-37 Notice will be electronically mailed to:**

Randy L.M. Baldemor    rbaldemor@goodsill.com, cmuraoka@goodsill.com; lsugamoto@goodsill.com; jhyuen@goodsill.com

Harold G. Hoppe    hoppea001@hawaii.rr.com

2/22/2006

Richard A. Lesser     rick@divelaw.com, lizardbrane@aol.com

Steven M. McGuire     mcguire@divelaw.com

Jonathan Harry Steiner     steiner@m4law.com

**1:05-cv-37 Notice will be delivered by other means to:**

Michele N. Bass
Lesser & Associates
Pacific Guardian Ctr Mauka Twr
737 Bishop St Ste 2730
Honolulu, HI 96813

Evelyn J. Black
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

John R. Hillsman
McGuinn Hillsman & Palefsky
535 Pacific Ave
San Francisco, CA 94133

John R. Lacy
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

2/22/2006