Richard A. Lesser - #5832
    lesser@divelaw.com
Steven M. McGuire, *Pro Hac Vice*
    mcguire@divelaw.com
LESSER & ASSOCIATES, PLC
1 Pearl Street
Redondo Beach, CA 90277
Telephone:  (310) 374-4808
Facsimile:   (310) 372-7715

Attorneys for Claimants/Respondents and
Plaintiffs MATTHEW ISHAM, individually and
as Guardian ad Litem for, HAYDEN ISHAM,
a minor and ROXANNE BEST ISHAM

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil NO. CV05-00037 HG-BMK<br>)     [3 Consolidated Cases]<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) MATTHEW ISHAM, individually and as<br>) Guardian ad Litem for, HAYDEN ISHAM,<br>) a minor and ROXANNE BEST ISHAM'S<br>) REPLY TO SURETY AMERICAN<br>) HOME ASSURANCE COMPANY'S<br>) AND "INTERESTED PARTY"<br>) LEXINGTON INSURANCE<br>) COMPANY'S MEMORANDUM IN<br>) OPPOSITION TO MOTION FOR<br>) JUDGMENT ENFORCING LIABILITY<br>) ON  BOND<br>) |

1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO.: CV 04 00559 HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD.,<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO.: CV 04 00570 HG-BMK |

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served [ ] Electronically through CM/ECF  [ X ] First Class Mail  [ ] Hand Delivered

[ ] Facsimile:

Randolph Baldemor
John R. Lacy
Goodsill, Anderson, Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea St.
Honolulu, HI 96813
rbaldemor@goodsill.com

Attorneys for Limitation Plaintiffs
Blue Dolphin Charters, Ltd. and
Terry Donnelly

John Hillsman
McGuinn, Hillsman & Palefsky
535 Pacific Ave.
San Francisco, California 94133

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool

Harold G. Hoppe
Pacific Guardian Center, Makai
Tower
733 Bishop Street, Suite 2300
Honolulu, HI 96813
hoppea001@hawaii.rr.com

Attorneys for Claimants/Respondents
Dennis Claypool, Sheryl Claypool,
Kristin Claypool and Scott Claypool

Jonathan H. Steiner
McCorriston Miller Mukai
MacKinnon LLP
500 Ala Moana Blvd.
Five Waterfront Plaza, 4th Floor
Honolulu, HI 96813
steiner@m4law.com

Attorney for Interested Party
Lexington Insurance Company

      Dated: Honolulu, Hawaii, April 4th, 2006.

                                  /s/ Richard A. Lesser

                                  _____
                                  RICHARD A. LESSER

Z:\Isham\Pleadings\Blue Dolphin Charters - Limitation Liability Complaint\COS re Reply to Surety & Lexington's Opposition re Motion for Judgment on Bond 040406.wpd