# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 17, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 04-00559HG-BMK   CV. 04-00570HG-BMK   CV. 05-00037HG-BMK |
| CASE NAME: | MATTHEW ISHAM, et al. vs. BLUE DOLPHIN CHARTERS, LTD., et al. |
| | DENNIS CLAYPOOL, et al. vs. CAPTAIN ANDY'S SAILING, INC., et al. |
| | In the Matter of the Complaint of Blue Dolphin Charters, Ltd., etc., for Exoneration from and/or Limitation of Liability |
| ATTYS FOR PLA: | Richard A. Lesser<br>Attorney for Ishams |
| | John R. Hillsman via telephone<br>Attorney for Claypools |
| ATTYS FOR DEFT: | Jonathan H. Steiner<br>Attorney for Surety American Home Assurance Co. and Lexington Insurance Co. |
| | Randy Baldemor<br>Attorney for Blue Dolphin Charters, Ltd. And Terry Donnelly |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 17, 2006 | TIME: | 10:30 - 10:40 |

COURT ACTION:  MATTHEW ISHAM'S MOTION FOR JUDGMENT
ENFORCING LIABILITY ON BOND -
  Arguments held.  The motion is GRANTED.
  Mr. Lesser shall submit an order within 10 days.

Submitted by: David H. Hisashima, Courtroom Manager