ORIGINAL

HAROLD G. HOPPE     5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:  (808) 528-1903
Facsimile:   (808) 531-3860

JOHN R. HILLSMAN     71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at 11 o'clock and 40 min. A M
SUE BEITIA, CLERK

LODGED

APR 11 2006
8:45 AM ag

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>         Plaintiffs,<br>vs.<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>         Defendants. | Civil No. CV04 00570 HG- BMK<br><br>*EX PARTE* APPLICATION FOR AN ORDER ALLOWING CLAYPOOL PLAINTIFFS' IN CAMERA FILING PURSUANT TO LOCAL RULE 10.2(f) OF A MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT; DECLARATION OF COUNSEL; ~~PROPOSED~~ ORDER. |

ORIGINAL

*EX PARTE* APPLICATION FOR AN ORDER ALLOWING CLAYPOOL PLAINTIFFS' *IN CAMERA* FILING PURSUANT TO LOCAL RULE 10.2(f) OF A MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT

COME NOW, Claypool Plaintiffs, by and through their attorneys, Harold G. Hoppe and John R. Hillsman and hereby apply *Ex Parte* for an order which will allow them to submit their Motion for Approval of Good Faith Settlement in the above captioned matter Pursuant to Local Rule 10.2(f). Said order being necessary due to the confidentiality of the matters set forth in said motion and its exhibits. This application is based upon Local Rule 10.2(f), the Declaration of Counsel attached hereto, and the file and record in this case.

Dated: Honolulu, Hawaii, APRIL _11_, 2006

_____
HAROLD G. HOPPE
JOHN R. HILLSMAN
Attorney for Plaintiffs

HAROLD G. HOPPE    5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:  (808) 528-1903
Facsimile:   (808) 531-3860

JOHN R. HILLSMAN    71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>　　　　　　Plaintiffs,<br>vs.<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>　　　　　　Defendants. | Civil No. CV04 00570 HG- BMK<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER ALLOWING CLAYPOOL PLAINTIFFS' IN CAMERA FILING PURSUANT TO LOCAL RULE 10.2(f) OF A MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT. |

ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER
ALLOWING CLAYPOOL PLAINTIFFS' IN CAMERA FILING PURSUANT TO
LOCAL RULE 10.2(f) OF A MOTION FOR
APPROVAL OF GOOD FAITH SETTLEMENT

The Court having reviewed the CLAYPOOL Plaintiffs' *EX PARTE* APPLICATION FOR AN ORDER ALLOWING *IN CAMERA* FILING PURSUANT TO LOCAL RULE 10.2(f) OF A MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT, and the attached declaration of Counsel offered in support of the Application, and good cause appearing therefor;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the aforementioned Application is Granted by the Court, and the Claypool Plaintiffs' are granted leave to Submit their Motion for Approval of Good Faith Settlement for filing *In Camera* Pursuant to Local Rule 10.2(f).

DATED: Honolulu, Hawaii, 4-20-2006

_____
MAGISTRATE JUDGE BARRY M. KURREN