HAROLD G. HOPPE    5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:   (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN    71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:   (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at _____o'clock and _____ .___M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>          Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. CV04 00570 HG- BMK<br><br>NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTERS, LTD.'S OFFER TO ALLOW MONEY JUDGMENT TO BE TAKEN AGAINST LIMITATION PLAINIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD., IN FAVOR OF THE CLAYPOOL PLAINIFFS PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE; DECLARATION OF HAROLD G. HOPPE; OFFER OF JUDGMENT; |

EXHIBIT _____1_____

CERTIFICATE OF SERVICE.

MATTHEW ISHAM,  individually ) CIVIL NO. CV04-00559 HG-BMK
and as Guardian ad Litem for )
HAYDEN ISHAM, a minor; )
ROXANNE BEST ISHAM, )
  )
           Plaintiffs, )
    vs. )
  )
BLUE DOLPHIN CHARTERS, )
LTD. and BLUE DOLPHIN )
DIVING, LTD., CAPTAIN )
ANDY'S SAILING, INC., )
  )
           Defendants. )

---

IN THE MATTER OF THE ) Civil No. CV05-00037 HG BMK
COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY )
DONNELLY, AS OWNERS OF )
THE VESSEL M/V BLUE )
DOLPHIN, O/N 1082212, FOR )
EXONORATION FROM AND/OR ) Trial date:  April 11, 2006
LIMITATION OF LIABILITY )

NOTICE OF ACCEPTANCE OF BLUE DOLPHIN CHARTERS, LTD.'S OFFER
TO ALLOW MONEY JUDGMENT TO BE TAKEN AGAINST LIMITATION
PLAINIFF/DEFENDANT BLUE DOLPHIN CHARTERS, LTD., IN FAVOR OF
THE CLAYPOOL PLAINIFFS PURSUANT TO RULE 68 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

COME NOW, DENNIS CLAYPOOL, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, Plaintiffs in the above entitled action and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby give notice of their acceptances of the Offer of Judgment made by Blue Dolphin Charters, Ltd.

This notice is given on the basis of the attached declaration of Counsel and the original Offer to Allow Money Judgment to be Taken Against Limitation Plaintiff/Defendant Blue Dolphin Charters, Ltd., in Favor of the Claypool Plaintiffs, attached hereto; the file and record in this case; and Rule 68 of the Federal Rules of Civil Procedure.

Dated: _February  6_, 2006, Honolulu, Hawaii

_____
Harold G. Hoppe
Co-Counsel for Plaintiffs
DENNIS CLAYPOOL, SHERYL
CLAYPOOL, SCOTT CLAYPOOL AND
KRISTEN CLAYPOOL

2

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV04 00570 HG- BMK <br><br> DECLARATION OF HAROLD G. HOPPE |

| | | |
|---|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM, <br><br> Plaintiffs, <br> vs. <br><br> BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00559 HG-BMK |

IN THE MATTER OF THE     )   Civil No. CV05-00037 HG BMK
COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY   )
DONNELLY, AS OWNERS OF     )
THE VESSEL M/V BLUE         )
DOLPHIN, O/N 1082212, FOR    )
EXONERATION FROM AND/OR   )
LIMITATION OF LIABILITY     )

## DECLARATION OF HAROLD G. HOPPE

HAROLD G. HOPPE, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.   I am an attorney duly admitted to practice before this Court and co-counsel of record for Plaintiffs DENNIS CLAYPOOL, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL herein.

2.   I make this declaration in support of the CLAYPOOL Plaintiffs' Notice of Acceptance of Blue Dolphin Charters, Ltd.'s Offer to Allow Money Judgment to Be Taken Against Limitation Plainiff/defendant Blue Dolphin Charters, Ltd., in Favor of the Claypool Plainiffs Pursuant to Rule 68 of the Federal Rules of Civil Procedure the signed original of this offer accompanies this Notice and Declaration.

3.   The Offer to Allow Money Judgment to Be Taken Against Limitation Plainiff/defendant Blue Dolphin Charters, Ltd., in Favor of the Claypool Plainiffs Pursuant to Rule 68 of the Federal Rules of Civil Procedure was signed by Allen K.

Hoe, Esq., at the direction of Robert F. Miller, Esq., the attorney for Terry Donnelly and Blue Dolphin Charters, Ltd. on December 20, 2005, because Mr. Miller was out of town.

4.    Mr. Miller later extended the offer for a time period of time to extend beyond the date of a Mandatory Settlement Conference which was scheduled for January 18, 2006, but which was cancelled by the Court due to a Motion by Lexington Insurance.

5.    In the intervening time period, the parties have been involved in negotiations which have culminated in a settlement which incorporate in part the subject offer attached hereto.

EXECUTED UNDER PENALTY OF PERJURY THIS ___6ᵗʰ___ DAY OF FEBRUARY, 2006.

_____
HAROLD G. HOPPE

2

ROBERT F. MILLER     2055
735 BISHOP ST., PH 500
HONOLULU, HI 96813
Telephone: (808)521-3356
Facsimile: (808) 521-3359
Attorney for Terry Donnelly
and Blue Dolphin Charters

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

IN THE MATTER OF THE ) No. CV05-00037 HG BMK
COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY ) **OFFER TO ALLOW MONEY**
DONNELLY, AS OWNERS OF THE ) **JUDGMENT TO BE TAKEN**
VESSEL M/V BLUE DOLPHIN, ) **AGAINST LIMITATION**
O/N 1082212, FOR EXONERATION ) **PLAINTIFF / DEFENDANT BLUE**
FROM AND/OR LIMITATION ) **DOLPHIN CHARTERS, LTD., IN**
OF LIABILITY ) **FAVOR OF THE CLAYPOOL**
) **PLAINTIFFS, UNDER FED.**
) **R.CIV.P. 68**
)
)
)
)
)
)
)
)
)
)
)

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>          Defendants. | ) No. CV04 00570 HG- BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>       Defendants. | ) NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW LIMITATION PLAINTIFF / DEFENDANT BLUE DOLPHIN CHARTERS, LTD., pursuant to Fed.R.Civ.P. 68, who herewith offers to allow a "new money" judgment to be taken against it, over and above any settlement sums already paid to the CLAYPOOL Claimants by its employee MATTHEW ISHAM, in the amounts of:

(1)   $950,000 in favor of Plaintiff / Limitation Claimant DENNIS CLAYPOOL;

(2)   $650,000 in favor of Plaintiff / Limitation Claimant SHERYL CLAYPOOL;

(3)   $50,000 in favor of Plaintiff / Limitation Claimant SCOTT CLAYPOOL, and;

(4)   $50,000 in favor of Plaintiff KRISTEN CLAYPOOL.

Rls1

DATED: Honolulu, Hawaii, _December 20, 2005_

_Julien K. He_

ROBERT F. MILLER
Attorney for Terry Donnelly
and Blue Dolphin Charters



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on February 6, 2006, upon the following persons and parties as follows:

| Type of Service | Addressee | Party |
|---|---|---|
| Hand Delivery | John R. Lacy<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI  96813 | Blue Dolphin Charters |
| Hand Delivery | Robert F. Miller<br>735 Bishop St., PH 500<br>Honolulu, HI 96813 | Blue Dolphin Charters<br>Terry Donnelly |
| United States Mail | Richard Lesser<br>1 Pearl Street<br>Redondo Beach, CA 90277 | Isham Plaintiffs |

DATED: Honolulu, Hawaii, _February 6, 2006_

Harold G. Hoppe
Co-counsel for Plaintiffs