COPY

1

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF HAWAII

MATTHEW ISHAM, individually    ) Civil No. CV04-00559 ACK BMK
and as Guardian Ad Litem for   ) (In Admiralty)
HAYDEN ISHAM, a minor,         )
ROXANNE BEST ISHAM,            ) DEPOSITION OF
                               ) MATTHEW ISHAM
         Plaintiffs,           ) May 3, 2005
                               ) 9:00 a.m.
    vs.                        )
                               )
BLUE DOLPHIN CHARTERS, LTD.    )
and BLUE DOLPHIN DIVING, LTD., )
CAPTAIN ANDY'S SAILING, INC.,  )
                               )
         Defendants.           )
_____)
DENNIS CLAYPOOL, SHERYL        ) Civil No. CV04-00570 ACK KSC
CLAYPOOL, individually and as  )
Guardian Ad Litem for KRISTEN  )
CLAYPOOL, a minor, SCOTT       )
CLAYPOOL, and KRISTEN CLAYPOOL )
                               )
         Plaintiffs,           )
                               )
    vs.                        )
                               )
CAPTAIN ANDY'S SAILING, INC.,  )
BLUE DOLPHIN CHARTERS, LTD.    )
and BLUE DOLPHIN DIVING, LTD., )
                               )
         Defendants.           )
_____)
CAPTAIN ANDY'S SAILING, INC.,  )
                               )
         Third-Party           )
         Plaintiff,            )
                               )
    vs.                        )
                               )
MATTHEW ISHAM,                 )
                               )
         Third-Party           )
         Defendant.            )
_____)

                          -continued-
```

EXHIBIT 8

PACIFIC REPORTING SERVICES UNLIMITED
(808) 524-PRSU

```
                              -continued-

In the Matter of              ) Civil No. CV05-00017 HG LEK
The Complaint of CAPTAIN      )
ANDY'S SAILING, INC., a Hawaii)
corporation, as pro hac vice  )
owner, and EVANS PACIFIC, LTD,)
a Hawaii corporation, as owner)
of M/V SPIRIT OF KAUAI, O.N.  )
995776, for exoneration from  )
or limitation of liability.   )
_____)
In the Matter of              ) Civil No. CV05-00037 HG/BMK
THE COMPLAINT OF BLUE DOLPHIN )
CHARTERS, LTD. AND TERRY      )
DONNELLY AS OWNERS OF THE     )
VESSEL M/V BLUE DOLPHIN, O/N  )
1082213, for exoneration from )
and/or limitation of          )
Liability.                    )
_____)
```

DEPOSITION OF MATTHEW ISHAM

Taken on behalf of Defendant Captain Andy's Sailing, Inc. at Pacific Guardian Center, Conference Room B for use by Pacific Reporting Services Unlimited, Suite 1470, Makai Tower, 733 Bishop Street, Honolulu, Hawaii, commencing at 9:00 a.m. on May 3, 2005, pursuant to Notice.

Transcribed by:   WILLIAM T. BARTON, RPR, CSR #391
                  Court Reporter, State of Hawaii

          PACIFIC REPORTING SERVICES UNLIMITED
                Suite 1470, Makai Tower
                   733 Bishop Street
                 Honolulu, Hawaii 96813
                    (808) 524-PRSU

```
 1            MR. HUITT:  I need to understand the question, as
 2   well.
 3            MR. FORMBY:  You placed your objection and
 4   instructed him not to answer.
 5            MR. LESSER:  I'm not going to join in that
 6   instruction.
 7            MR. FORMBY:  Thank you.
 8   BY MR. FORMBY:
 9       Q.   Mr. Isham, previously you testified as to --
10            MR. LESSER:  But I'm going to object to the
11   question as vague and ambiguous.
12            MR. FORMBY:  Fine.  Thank you.
13   BY MR. FORMBY:
14       Q.   Previously, you testified that you have a normal
15   dive you conduct at Mokol'e Reef, correct?
16       A.   Yes.
17       Q.   And you said it was approximately 130, 140 feet
18   from the mooring line, the mooring anchor?
19       A.   The maximum distance, yes, sir.
20       Q.   So previously, on those estimated ten occasions
21   when you had vessels pass overhead and you did testify that
22   you have, correct?  Had vessels passed overhead of you?
23       A.   Yes, sir.
24       Q.   On those ten estimated occasions, has it been
25   within the 130 to 140 feet of the mooring anchor at Mokol'e
```

```
 1  Reef?
 2      A.   Yes.  Most of the times when I've had boats go
 3  over my head, it's been around the moorings, boats were
 4  searching for mooring balls.  That is most of the times
 5  I've had them come close to me, yes, sir.
 6      Q.   Did you have a dive computer with you on July 20,
 7  2004?
 8      A.   No, sir.
 9      Q.   Did the PADI program have something referred to
10  as a "buddy system"?
11      A.   Yes, sir.
12      Q.   What is the buddy system?
13      A.   If you're a certified diver, you should dive --
14  you need to dive with another certified diver.
15      Q.   Does the buddy system apply to uncertified divers
16  in the Discover Scuba program?
17      A.   Could you say the question again?
18      Q.   To your knowledge, does the buddy system apply to
19  uncertified divers in the Discover Scuba diving program?
20      A.   To my knowledge, I'm their buddy.
21      Q.   So on July 20, 2004, you would have been Dennis
22  Claypool's buddy, correct?
23      A.   Yes, sir.
24      Q.   Is there a standard safe distance between
25  buddies under the PADI program, if you know?
```

1                        CERTIFICATE

2  STATE OF HAWAII      )

3                       )    SS.

4  COUNTY OF HONOLULU   )

5      I, WILLIAM T. BARTON, RPR, Certified Shorthand

6  Reporter, State of Hawaii, do hereby certify that on May 3,

7  2005 at 9:00 a.m. there appeared before me MATTHEW ISHAM,

8  the witness whose deposition is contained herein; and that

9  prior to being examined was duly sworn; that I am neither

10 counsel for any of the parties herein, nor interested in

11 any way in the outcome of this action;

12     That the deposition herein was by me taken down in

13 machine shorthand and thereafter reduced to print via

14 computer-aided transcription under my supervision; that the

15 foregoing represents a complete and accurate transcript of

16 the testimony of said witness to the best of my ability.

17     Dated this 12th day of May 2005 at Honolulu, Hawaii.

18

19     _____

20     WILLIAM T. BARTON, CSR No. 391

21     Notary Public, State of Hawaii

22     My Commission expires August 7, 2005

23

24

25