

**David A. Youngblood, MD, MPH & TM, FACPM(OM,UHM)**
**59-404 Makana Road**
**Haleiwa, Hawaii 96712**

May 2, 2005

John R. Hillsman, Esq.
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

Re: Dennis Claypool v. Capt. Andy's Sailing, Inc.
    USDC Hawaii case No. CV04 00570 ACK KSC

Dear Mr. Hillsman:

Based upon your request, I have reviewed the following material in this matter:

1. PADI Incident Report Form prepared by Divemaster, Matt Isham;
2. PADI Incident Report Form prepared by Blue Dolphin crewmember (also certified as Open Water Scuba Instructor), Eric Trout;
3. USCG 2692, Report of Marine Accident, Injury or Death, by Blue Dolphin Captain, David Lamdin, Jr.;
4. USCG 2692, Report of Marine Accident, Injury or Death, by Spirit of Kauai Captain, David Woolley;
5. Dennis Claypool – Transcript of recorded statement taken by Jana Young, representing the Blue Dolphin (taken in hospital on 7/22/04);
6. Matt Isham – Transcript of recorded statement;
7. PADI DISCOVER Scuba Diving Participant Statement completed by Dennis Claypool;
8. Dennis Claypool – Medical records generated by Primary Care Physician, John Lofgreen, M.D. from October 2, 2001 to post-accident 10/20/04;
9. Dennis Claypool – Patient Prescription History from 1/100 – 4/14/05; and,
10. FRCP Rule 26.
11. The Sports Diving Medical: a guide to medical conditions relevant to scuba diving, 2nd edition, ISBN 0 958711860 by Dr. John Parker.
12. Bove and Davis' Diving Medicine, 4th edition, ISBN 0-7216-9424-1 by Alfred A. Bove.

In addition, I discussed Mr. Claypool's medical history with him on 21 April 2005.

Based upon this document review and my discussions with Mr. Claypool, I have formed the following opinions:

Mr. Claypool most probably did not have true hypertension: only one B.P. measurement, 162/95 on 4-2-03, was significantly elevated. The B.P. on 5-8-03 and

EXHIBIT ___13___

Page 2     May 2, 2005     Hillsman re: Claypool

6-9-03 were "borderline" at 142/90 and 138/90, respectively. The others, 138/84 on 11-6-01, 122/76 on 5-8-02, 138/84 on 4-17-02, and the follow-up on 8-7-03 of 120/84 were in the normal range. Even after the stress of the accident, on 8-17-04, it was only 140/86.

Most significant from a fitness to dive standpoint is the treadmill stress test done on 5-15-03, when Mr. Claypool achieved approximately 12 METs with a peak blood pressure of only 192/80.

It is unclear whether Mr. Claypool was taking his anti hypertensive medication, Accupril, or not. In my telephone conversation with him, he indicated that he was not compliant inasmuch as he was monitoring his blood pressure at home, but hypertension was not present on this regimen – and he saw no reason to take the drug. Undoubtedly, Dr. Lofgren assumed that Mr. Claypool was taking Accupril as prescribed, and attributed the lower office B.P. readings to the therapy. (A classic doctor-patient "disconnect"....)

None of this matters much: if he was taking his Accupril, his hypertension was controlled and he had demonstrated 12 METs on the Treadmill Stress Test, and I would have cleared him to dive. If he was *not* taking his Accupril and his home blood pressure monitoring did not indicate hypertension, then he probably had "white coat hypertension" – and I would have cleared him to dive.

Both Fred Bove in Bove and Davis' "Diving Medicine" and John Parker in his "Sports Diving Medical" seem to agree.

Thanking you for the opportunity to review and comment on this case, I remain,

Sincerely yours,

*[signature]*, MD
David A. Youngblood, MD, MPH & TM, FACPM
(OM, UHM)