

HAROLD G. HOPPE   5049
733 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone:   (808) 528-1903

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:   (415) 421-9292

Attorneys for the Claypool Claimants

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) No.  CV05-00037 HG BMK<br>)     [3 Consolidated Cases]<br>)<br>) **DECLARATION OF SCOTT**<br>) **CLAYPOOL IN OPPOSITION TO**<br>) **LIMITATION PLAINTIFFS'**<br>) **MOTION FOR PARTIAL**<br>) **SUMMARY JUDGMENT**<br>)<br>) Date:         December 16, 2005<br>) Time:         9:00 a.m.<br>) Courtroom:  Aha Nonoi, 4th Floor<br>)<br>) The Hon. Helen Gillmor<br>) Trial date:   April 11, 20006 |

Scott Claypool's Declaration in Opposition
to Motion for Partial Summary Judgment

EXHIBIT ___19___

1

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>          Plaintiffs,<br>   vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>          Defendants. | ) No. CV04 00570 HG- BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor, ROXANNE BEST ISHAM,<br><br>          Plaintiffs,<br><br>   vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>          Defendants. | ) NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Scott Claypool's Declaration in Opposition
to Motion for Partial Summary Judgment

I, SCOTT CLAYPOOL, hereby state and affirm that:

1.  I am an adult resident of Mesa, Arizona. I am the son of Dennis and Sheryl Claypool, the brother of Kristen Claypool, and one of the plaintiffs in this case.

2.  On the afternoon of July 20th, 2004, I took a scuba and snorkeling cruise with my family to Makol'e Reef, Kauai on board the tour boat *Blue Dolphin*.

3.  After the *Blue Dolphin* reached Makol'e Reef, my dad and I took an introductory scuba class from the boat's dive instructor, Matthew Isham, among the fissures and lava tubes immediately seaward of the *Blue Dolphin's* mooring site. At the moment the *Spirit of Kauai* ran into my dad, I was directly beneath him about 20 or 30 feet below the surface. I surfaced in time to hear my dad screaming. I swam over to him and saw that his right arm had been cut open like a quartered orange. I was very scared and worried about my dad. His injury was bloody and very serious. After I swam over to my dad, the *Spirit of Kauai* circled back to pick us up. I went on board along with my dad and Matthew Isham.

4.  Once we were all on board, the *Spirit of Kauai* headed out to sea to take my dad and Mr. Isham to an ocean liner that was lying offshore. During that ride, I

sat near my dad and heard him call out to Matt Isham: "Hang on Matt, hang on." Although someone had tied a rope tourniquet around my dad's arm, he was still bleeding very badly. When the *Spirit of Kauai* finally reached the line, I was told that I could not follow my dad but had to stay on board the *Spirit*. I had to stand by and watch helplessly while my dad pulled himself upright and made his way from the pitching tour boat through a small heaving sea door in the liner's side. I realized that one misstep could send him back into the water between the two hulls. I was very afraid.

5. Once my dad got on board the liner, I could no longer see, hear or talk to my dad. I was extremely worried. After the *Spirit of Kauai* took me back to Port Allen, I met back up with my mom and sister. They were obviously scared and worried too.

6. None of us were able to sleep much that night. I have also had trouble sleeping since the accident. My dad's accident has deeply distressed me and my whole family.

I have reviewed the foregoing declaration, and can confirm under penalty of perjury under the laws of the State of Hawaii that the facts and opinions contained

---

Scott Claypool's Declaration in Opposition
to Motion for Partial Summary Judgment

4

therein are true and correct, and personally known to me, and that if I were called as a witness herein, I could competently so testify under oath.

Executed on this 29th day of November, 2005, in the City of Mesa, State of Arizona.

*/s/ Scott Claypool*
Scott Claypool