UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Civil No. CV05-00037 HG BMK |

CERTIFIED COPY

---

FULL CAPTION CONTINUED ON NEXT PAGE

---

VIDEOTAPED DEPOSTION OF DONALD ROBERT COOK

Friday, September 30, 2005

Ellicott City, Maryland

2:56 p.m

Reported by:
Jacquelyn Continetti Scott
R.P.R

JOB NO. 37991D

EXHIBIT ___21___



www.sarnoffcourtreporters.com

46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606                Los Angeles, CA 90071

phone  877.955.3855
fax    949.955.3854

SARNOFF
Court Reporters and
Legal Technologies

| | | |
|---|---|---|
| 15:02:45 | 1 | Q    All right.  And I'll warrant to you that |
| 15:02:50 | 2 | previous witnesses have identified the vessel in the |
| 15:02:56 | 3 | foreground of the exhibit you just held up, the one |
| 15:02:56 | 4 | with the X on the hull, as the vessel Blue Dolphin. |
| 15:02:59 | 5 | Do you recall anybody ever telling you that that was |
| 15:03:01 | 6 | the name of that vessel? |
| 15:03:02 | 7 | A    I -- you know, I looked at it because I |
| 15:03:04 | 8 | wanted to book a dive trip with them.  So yes, I |
| 15:03:08 | 9 | remember that I thought, wow, this is really cool, I |
| 15:03:11 | 10 | would love to snorkel -- or not snorkel, but dive in |
| 15:03:15 | 11 | this area, because I'd been on another dive drip in |
| 15:03:21 | 12 | Kauai and there wasn't much reef.  And, you know, they |
| 15:03:24 | 13 | took us out, but it was all pretty much sandy, the big |
| 15:03:28 | 14 | waves had, you know, demolished most of the coral. |
| 15:03:32 | 15 | And I thought this would be a great trip to go on, and |
| 15:03:36 | 16 | then come in that area and be able to snorkel. |
| 15:03:39 | 17 |      So yeah, I did see it. |
| 15:03:40 | 18 | Q    Let me ask you this, do you have dive |
| 15:03:41 | 19 | training yourself? |
| 15:03:44 | 20 | A    Yes. |
| 15:03:44 | 21 | Q    Do you hold any sport-diving certificates? |
| 15:03:45 | 22 | A    Yes, I have an open-dive certificate from |
| 15:03:49 | 23 | PADI. |
| 15:03:50 | 24 | Q    From P-A-D-I, PADI? |
| 15:03:52 | 25 | A    Yes. |

13

| | | |
|---|---|---|
| 15:03:53 | 1 | Q    When did you receive that open-dive |
| 15:03:55 | 2 | certificate? |
| 15:03:55 | 3 | A    I think about 25 years.  I don't recall, but |
| 15:03:58 | 4 | it was -- it's been quite a while. |
| 15:04:02 | 5 | Q    Now, you just indicated that you had been |
| 15:04:03 | 6 | diving, that is to say, scuba diving, in Hawaii? |
| 15:04:07 | 7 | A    Yes, I've done it a couple times. |
| 15:04:09 | 8 | Q    And when did you first consider taking a |
| 15:04:12 | 9 | scuba-diving trip aboard the Blue Dolphin? |
| 15:04:14 | 10 | A    Oh, that day when I saw them.  I saw the |
| 15:04:16 | 11 | dive tanks on them and I saw the divers going in the |
| 15:04:19 | 12 | water, and I thought, wow, this would be a great trip |
| 15:04:23 | 13 | to go on for, you know, a cruise and be able to go |
| 15:04:26 | 14 | scuba diving. |
| 15:04:27 | 15 | Q    Okay, so we'll get to that in just a moment. |
| 15:04:30 | 16 | In the meantime, let me ask you this.  The evidence |
| 15:04:35 | 17 | shows that the vessels were anchored in a more or less |
| 15:04:39 | 18 | north-to-south line.  There was the Lucky Lady, which |
| 15:04:41 | 19 | is the vessel in the background of that photograph, |
| 15:04:46 | 20 | the Blue Dolphin, which is in the foreground, your |
| 15:04:49 | 21 | vessel, the Akialoa, and then a little further south |
| 15:04:52 | 22 | was the Layla.  Do you recall that being the lineup |
| 15:04:56 | 23 | out there? |
| 15:04:56 | 24 | A    Yes. |
| 15:05:01 | 25 | Q    When did you first spot scuba tanks on the |

14

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Jacquelyn Continetti Scott, Registered Professional Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 20th day of October, 2005.

My commission expires:
October 1, 2006

*[signature]*

NOTARY PUBLIC IN AND FOR
THE STATE OF MARYLAND