Date of Accident: 0?/??/2004
Our Client: CIGNA HealthCare

Claimant: Dennis Claypool

| Patient | Claim Number | Misc | Provider | Dates of Service | |
|---|---|---|---|---|---|
| Dennis | 6509200472424 | | AMERICAN MED RESPONS | 07/20/2004 - 07/20/2004 | $631.30 |
| Dennis | 6504290570852 | | JOHNSON MD | 07/20/2004 - 07/21/2004 | $3,266.00 |
| Dennis | 6503140573037 | | KAUAI MED CLINIC | 07/20/2004 - 07/20/2004 | $700.00 |
| Dennis | 6511150473534 | | KAUAI MED CLINIC | 07/20/2004 - 07/20/2004 | $629.00 |
| Dennis | 6511110471489 | PENDING | WILCOX MEM HSP | 07/20/2004 - 07/26/2004 | $30,589.38 |
| Dennis | 6504290570853 | | KAUAI MED CLINIC | 07/23/2004 - 07/23/2004 | $28.00 |
| Dennis | 6504270572942 | | KAUAI MED CLINIC | 07/23/2004 - 07/23/2004 | $750.00 |
| Dennis | 6508060407890 | | LOFGREEN MD | 07/30/2004 - 07/30/2004 | $145.00 |
| Dennis | 6504270555001 | | DUNCAN MD | 08/03/2004 - 08/03/2004 | $410.00 |
| Dennis | 6511040452007 | | MAYO CLINIC ARIZONA | 08/03/2004 - 08/03/2004 | $38.00 |
| Dennis | 6509080406253 | | MAYO CLINIC ARIZONA | 08/03/2004 - 08/03/2004 | $328.00 |
| Dennis | 6509130472034 | | MAYO CLINIC ARIZONA | 08/03/2004 - 08/03/2004 | $212.00 |
| Dennis | 6508250409167 | | LOFGREEN MD | 08/17/2004 - 08/17/2004 | $92.00 |
| Dennis | 6505090565408 | | DUNCAN MD | 08/19/2004 - 08/19/2004 | $125.00 |
| Dennis | 6509130472033 | | MAYO CLINIC ARIZONA | 08/19/2004 - 08/19/2004 | $50.00 |
| Dennis | 6509240471899 | | MAYO CLINIC ARIZONA | 08/24/2004 - 08/24/2004 | $3,341.85 |
| Dennis | 6504270572918 | | MAYO CLINIC ARIZONA | 08/24/2004 - 08/24/2004 | $833.00 |
| Dennis | 6504270572917 | | MAYO CLINIC ARIZONA | 08/24/2004 - 08/24/2004 | $45.00 |
| Dennis | 6509150472421 | | REFER TO ADDRESS MAY | 08/24/2004 - 08/24/2004 | $275.00 |
| Dennis | 6510140470780 | | MAYO CLINIC ARIZONA | 08/30/2004 - 09/01/2004 | $2,026.51 |
| Dennis | 6509230473646 | | MAYO CLINIC ARIZONA | 08/30/2004 - 09/01/2004 | $12,514.27 |
| Dennis | 6509270471173 | | MAYO CLINIC ARIZONA | 08/30/2004 - 08/30/2004 | $6,090.00 |
| Dennis | 6505110550012 | | MAYO CLINIC ARIZONA | 08/30/2004 - 08/30/2004 | $1,260.00 |
| Dennis | 6509270471176 | | TRENTMAN MD | 08/30/2004 - 08/31/2004 | $2,809.30 |
| Dennis | 6509300470180 | | MAYO CLINIC ARIZONA | 09/07/2004 - 09/07/2004 | $50.00 |
| Dennis | 6510210472025 | | MAYO CLINIC ARIZONA | 09/13/2004 - 09/13/2004 | $50.00 |
| Dennis | 6510210472026 | | MAYO CLINIC ARIZONA | 09/15/2004 - 09/15/2004 | $302.00 |
| Dennis | 6512070410531 | | MAYO CLINIC ARIZONA | 09/21/2004 - 09/30/2004 | $1,474.69 |
| Dennis | 6510250406591 | | STANDAGE MD | 10/13/2004 - 10/13/2004 | $100.00 |
| Dennis | 6510290409781 | | STANDAGE MD | 10/19/2004 - 10/19/2004 | $100.00 |
| Dennis | 6510290409782 | | STANDAGE MD | 10/20/2004 - 10/20/2004 | $100.00 |
| Dennis | 6510290409783 | | STANDAGE MD | 10/21/2004 - 10/21/2004 | $100.00 |
| Dennis | 6511080407019 | | STANDAGE MD | 10/25/2004 - 10/25/2004 | $100.00 |
| Dennis | 6511080407020 | | STANDAGE MD | 10/26/2004 - 10/26/2004 | $100.00 |
| Dennis | 6511080407021 | | STANDAGE MD | 10/27/2004 - 10/27/2004 | $140.00 |
| Dennis | 6511170470250 | | ORTHOFIX | 11/02/2004 - 11/02/2004 | $3,750.00 |
| Dennis | 6511110408935 | | STANDAGE MD | 11/02/2004 - 11/02/2004 | $100.00 |
| Dennis | 6511110408936 | | STANDAGE MD | 11/03/2004 - 11/03/2004 | $100.00 |
| Dennis | 6511110408934 | | STANDAGE MD | 11/04/2004 - 11/04/2004 | $100.00 |

**Itemized Benefits Paid**     Page 1     05/24/2005

EXHIBIT 22

Claimant: Dennis Claypool

| Patient | Claim Number | Misc | Provider | Dates of Service | |
|---|---|---|---|---|---|
| Dennis | 6511230409652 | | STANDAGE MD | 11/08/2004 - 11/08/2004 | $100.00 |
| Dennis | 6511230409653 | | STANDAGE MD | 11/09/2004 - 11/09/2004 | $100.00 |
| Dennis | 6511250409252 | | STANDAGE MD | 11/17/2004 - 11/17/2004 | $100.00 |
| Dennis | 6511250409253 | | STANDAGE MD | 11/18/2004 - 11/18/2004 | $100.00 |
| Dennis | 6512090406171 | | STANDAGE MD | 11/19/2004 - 11/19/2004 | $100.00 |
| Dennis | 6512090406172 | | STANDAGE MD | 11/22/2004 - 11/22/2004 | $100.00 |
| Dennis | 6512090406173 | | STANDAGE MD | 11/23/2004 - 11/23/2004 | $100.00 |
| Dennis | 6512090406174 | | STANDAGE MD | 11/30/2004 - 11/30/2004 | $140.00 |
| Dennis | 6512160411047 | | STANDAGE MD | 12/01/2004 - 12/01/2004 | $100.00 |
| Dennis | 6512200406039 | | STANDAGE MD | 12/07/2004 - 12/07/2004 | $1,154.25 |
| Dennis | 6512200406041 | | STANDAGE MD | 12/07/2004 - 12/07/2004 | $100.00 |
| Dennis | 6512300410180 | | STANDAGE MD | 12/14/2004 - 12/14/2004 | $100.00 |
| Dennis | 6512300410179 | | STANDAGE MD | 12/16/2004 - 12/16/2004 | $100.00 |
| Dennis | 6501110509538 | | STANDAGE MD | 12/21/2004 - 12/21/2004 | $100.00 |
| Dennis | 6501110509537 | | STANDAGE MD | 12/23/2004 - 12/23/2004 | $100.00 |
| Dennis | 6501110509539 | | STANDAGE MD | 12/27/2004 - 12/27/2004 | $100.00 |
| Dennis | 6501110509535 | | STANDAGE MD | 12/29/2004 - 12/29/2004 | $100.00 |
| Dennis | 6501180506567 | | STANDAGE MD | 01/05/2005 - 01/05/2005 | $100.00 |
| Dennis | 6501180506568 | | STANDAGE MD | 01/06/2005 - 01/06/2005 | $100.00 |
| Dennis | 6501250507753 | | STANDAGE MD | 01/10/2005 - 01/10/2005 | $100.00 |
| Dennis | 6501250507754 | | STANDAGE MD | 01/12/2005 - 01/12/2005 | $100.00 |
| Dennis | 6501250507752 | | STANDAGE MD | 01/13/2005 - 01/13/2005 | $100.00 |
| Dennis | 6502010507806 | | STANDAGE MD | 01/18/2005 - 01/18/2005 | $100.00 |
| Dennis | 6502010507807 | | STANDAGE MD | 01/19/2005 - 01/19/2005 | $100.00 |
| Dennis | 6502010507808 | | STANDAGE MD | 01/20/2005 - 01/20/2005 | $100.00 |
| Dennis | 6502100509849 | | STANDAGE MD | 01/25/2005 - 01/25/2005 | $100.00 |
| Dennis | 6502100509848 | | STANDAGE MD | 01/26/2005 - 01/26/2005 | $100.00 |
| Dennis | 6502100509850 | | STANDAGE MD | 01/31/2005 - 01/31/2005 | $100.00 |
| Dennis | 6502110510460 | | STANDAGE MD | 02/01/2005 - 02/01/2005 | $100.00 |
| Dennis | 6502110510461 | | STANDAGE MD | 02/03/2005 - 02/03/2005 | $100.00 |
| Dennis | 6502170511803 | | STANDAGE MD | 02/07/2005 - 02/07/2005 | $100.00 |
| Dennis | 6502170511804 | | STANDAGE MD | 02/09/2005 - 02/09/2005 | $100.00 |
| Dennis | 6502240510353 | | STANDAGE MD | 02/11/2005 - 02/11/2005 | $100.00 |
| Dennis | 6502240510354 | | STANDAGE MD | 02/14/2005 - 02/14/2005 | $100.00 |
| Dennis | 6502240510355 | | STANDAGE MD | 02/15/2005 - 02/15/2005 | $100.00 |
| Dennis | 6503030511056 | | STANDAGE MD | 02/23/2005 - 02/23/2005 | $100.00 |
| Dennis | 6503030510057 | | STANDAGE MD | 02/24/2005 - 02/24/2005 | $100.00 |
| Dennis | 6503110509615 | | STANDAGE MD | 03/01/2005 - 03/01/2005 | $100.00 |
| Dennis | 6503210505772 | | STANDAGE MD | 03/08/2005 - 03/08/2005 | $100.00 |
| Dennis | 6503210505771 | | STANDAGE MD | 03/10/2005 - 03/10/2005 | $100.00 |
| Dennis | 6503240510475 | | STANDAGE MD | 03/17/2005 - 03/17/2005 | $100.00 |
| Dennis | 6503310511316 | | STANDAGE MD | 03/22/2005 - 03/22/2005 | $100.00 |
| Dennis | 6504070509383 | | OSTROM MD | 03/31/2005 - 03/31/2005 | $100.00 |
| Dennis | 6504140511080 | | STANDAGE MD | 04/06/2005 - 04/06/2005 | $100.00 |
| Dennis | 6504210511008 | | STANDAGE MD | 04/08/2005 - 04/08/2005 | $100.00 |

**Itemized Benefits Paid**   Page 2   05/24/2005

Claimant: Dennis Claypool

| Patient | Claim Number | Misc | Provider | Dates of Service | |
|---|---|---|---|---|---|
| Dennis | 6505160573010 | | RELIGO MD3 | 04/25/2005 - 04/25/2005 | $230.00 |
| Dennis | 6505160573012 | PENDING | DUNCAN MD | 04/27/2005 - 04/27/2005 | $7,110.00 |
| Dennis | 6505160573013 | | MAYO CLINIC ARIZONA | 04/27/2005 - 04/27/2005 | $290.00 |
| Dennis | 6505130570887 | | MAYO CLINIC ARIZONA | 04/27/2005 - 04/29/2005 | $41,570.25 |
| Dennis | 6505160573014 | PENDING | MAYO CLINIC ARIZONA | 04/27/2005 - 04/27/2005 | $2,125.00 |
| Dennis | 6505160573011 | | YOUNG MD | 04/27/2005 - 04/27/2005 | $76.28 |

Totals: $130,851.08

Itemized Benefits Paid     Page 3     05/24/2005