HAROLD G. HOPPE        5049
733 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone:    (808) 528-1903

JOHN R. HILLSMAN        71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:    (415) 421-9292

Attorneys for the Dennis Claypool,
Sheryl Claypool, Scott Claypool, and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>　　　　　　Plaintiffs,<br>　vs.<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>　　　　　　Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**CLAYPOOL PLAINTIFFS' CERTIFICATE OF COMPLIANCE RE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT**<br><br>[Local Rule 7.5] |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>      Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>      Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONORATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1.      This Memorandum of Points and Authorities complies with the type-volume limitation of Local Rule 7.5(b) in that it contains 8,862 words, excluding the parts of the Concise Statement exempted by Local Rule 7.5(d).

2.      This Memorandum complies with the typeface and type style

---

CLAYPOOL PLAINTIFFS' CERTIFICATE OF COMPLIANCE RE MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT OF CLAYPOOL PLAINTIFFS'
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT                                                                 2

requirements of Local Rule 10.2 in that it has been prepared in a proportionally spaced typeface using WordPerfect version 8 in Times New Roman in a 14-point font.

Dated: April 7, 2006

_____
JOHN R. HILLSMAN