UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082213, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) ) ) ) ) ) ) ) ) ) ) ) | Civil NO. CV05-00037 HG-BMK<br>[3 Consolidated Cases]<br><br>ORDER |
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC., DOES 1 - 50,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO.: CV 04 00559 HG-BMK |

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, AND KRISTEN CLAYPOOL, <br><br>           Plaintiffs, <br><br>           vs. <br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. And BLUE DOLPHIN DIVING, LTD., <br><br>           Defendants. | ) CIVIL NO.: CV 04 00570 HG-BMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiff /Limitation Claimant Matthew Isham's Motion for Judgment Enforcing Liability on Bond came on regularly for hearing on April 17, 2006.

After reviewing and considering the Motion, the Memorandum in Opposition to the Motion filed by Surety American Home Assurance Company and Interested party Lexington Insurance Company, the Reply Brief filed by Plaintiff/Limitation Claimant Isham, as well as the Declarations and Exhibits attached to all of the foregoing, the Court rules as follows:

  1. On January 21, 2005, .Blue Dolphin Charters, Ltd, Terry Donnelly as principals and American Home Assurance Company as surety filed with the Court

a bond with approved surety in the amount of $435,000.00, with interest thereon at the rate of 6% per annum from that date.

    2.    That Pursuant to Section F(5) of the Supplemental Rules for Certain Admiralty and Maritime claims, Matthew Isham properly and timely filed a claim against the bond.

    3.    That on March 2, 2006, the Court entered Judgment against Blue Dolphin Charters, Ltd and Terry Donnelly, and in favor of Plaintiff/Limitation claimant Matthew Isham for $2,975,000, an amount in excess of the bond plus all accrued interest.

    4.    That at this time, Plaintiff/Limitation Claimant Matthew Isham is the only remaining claimant against the subject bond.

    5.    That Interested Party Lexington Insurance Company has no standing to oppose the instant motion.

Therefore, the Motion is Granted, and Judgment shall be entered forthwith against American Home Assurance Company in the amount of $435,000., plus interest thereon at the rate of 6% per annum from January 21, 2005.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 24, 2006.



    /s/ Helen Gillmor
    Chief United States District Judge

Civil No. 05-00037 HG-BMK; Civil No. 04-00559 HG-BMK; Civil No. 04-00570 HG-BMK (Consolidated); Order