# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian Ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>            Plaintiffs,<br><br>    V.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>            Defendants. | CIVIL 04-00559HG-BMK |
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>            Plaintiffs,<br><br>    V.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD., and BLUE DOLPHIN DIVING, INC.,<br><br>            Defendants. | CIVIL 04-00570HG-BMK |

JUDGMENT IN A CIVIL CASE
Consolidated Civil Case Numbers: 04-00559HG-BMK,
 04-00570HG-BMK, 05-00037HG-BMK
April 25, 2006
Page 2

_____

IN THE MATTER OF THE COMPLAINT
OF BLUE DOLPHIN CHARTERS, LTD.
AND TERRY DONNELLY, AS
OWNERS OF THE VESSEL M/V BLUE
DOLPHIN, O/N 1082212, FOR
EXONERATION FROM AND/OR
LIMITATION OF LIABILITY

_____

CIVIL 05-00037HG-BMK

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

Plaintiff/Limitation Claimant Matthew Isham's Motion for Judgment Enforcing Liability on Bond is GRANTED, and is Granted as pursuant to the Court's ORDER filed and entered on April 25, 2006, whereby JUDGMENT is entered forthwith in favor of Plaintiff/Limitation Claimant Matthew Isham, and against American Home Assurance Company, in the amount of $435,000.00 plus interest thereon at the rate of 6% per annum from January 21, 2005.

cc:     All Counsel of Record

_____April 25, 2006_____          _____SUE BEITIA_____
Date                                             Clerk
                                                 /s/ Anna F. Chang
                                                 _____
                                                 (By) Deputy Clerk