HAROLD G. HOPPE          5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:    (808) 528-1903
Facsimile:     (808) 531-3860

JOHN R. HILLSMAN         71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:    (415) 421-9292
Facsimile:     (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>      Plaintiffs,<br>  vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>      Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**CLAYPOOL PLAINTIFFS' NOTICE OF HEARING DATE OF MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT; CERTIFICATE OF SERVICE**<br><br>Hearing date:  Friday, June 9, 2006<br>Time:                2:00 p.m.<br><br>Magistrate Judge Barry M. Kurren<br>Courtroom 5 |

---

CLAYPOOL PLAINTIFFS' NOTICE OF HEARING DATE
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT              1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>        Plaintiffs,<br>  vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>        Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE PARTIES HERETO AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the Court has set June 9, 2006 at 2:00 p.m.

as the date and time for the hearing on Plaintiffs DENNIS, SHERYL, SCOTT AND

KRISTEN CLAYPOOL's motion for an order confirming that the Rule 68 judgment

---

CLAYPOOL PLAINTIFFS' NOTICE OF HEARING DATE
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT                                      2

entered into is in good faith. The motion will be heard before Magistrate Judge Barry M. Kurren in Courtroom 5 of this Court, located at 300 Ala Moana Boulevard, Honolulu, HI 96850

Dated: May 17, 2006    LAW OFFICE OF HAROLD G. HOPPE
    McGUINN, HILLSMAN & PALEFSKY
    Attorneys for the CLAYPOOL Plaintiffs


    By: /s/ HAROLD G. HOPPE
        HAROLD G. HOPPE

---

CLAYPOOL PLAINTIFFS' NOTICE OF HEARING DATE
MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT            3

HAROLD G. HOPPE   5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI   96813
Telephone:     (808) 528-1903
Facsimile:     (808) 531-3860

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA   94133
Telephone:     (415) 421-9292
Facsimile:     (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>                    Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF HEARING DATE OF MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT** |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>           Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>           Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I HEREBY CERTIFY that on the date last written below, I served a true and correct copy of the foregoing document on the following as indicated below:

_____
CERTIFICATE OF SERVICE OF CLAYPOOL PLAINTIFFS'
NOTICE OF HEARING DATE OF GOOD FAITH SETTLEMENT            5

| | | |
|---|---|---|
| 1st Class<br>U.S. Mail | John R. Lacy<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI  96813<br>(courtesy copy also served via Fax No. 808-547-5880 | Blue Dolphin<br>Charters |
| 1st Class<br>U.S. Mail | Robert Miller<br>Law Offices of Robert Miller<br>735 Bishop St., Suite 500<br>Honolulu, HI  96813<br>(courtesy copy also served via Fax No.  808-521-3359) | Blue Dolphin<br>Charters, Inc. |
| 1st Class<br>U.S. Mail | Stephen C. Smith<br>Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br>(courtesy copy also served via Fax No. 808-523-0842 | Markel Insurance |

Dated: May 17, 2006

LAW OFFICES OF HAROLD G. HOPPE
McGUINN, HILLSMAN & PALEFSKY
Attorneys for the Claypool Plaintiffs


By: /s/ HAROLD G. HOPPE
      HAROLD G. HOPPE

___