ORIGINAL

HAROLD G. HOPPE          5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone:   (808) 528-1903
Facsimile:   (808) 531-3860

JOHN R. HILLSMAN         71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 29 2006
at 4 o'clock and 20 min P M
SUE BEITIA, CLERK

LODGED
JUN 21 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CV 04-00559 HG-BMK
CV 05-00037 HG-BMK

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br><br>　　　　Defendants. | Civil No. CV04 00570 HG-BMK<br><br>ORDER DENYING MARKEL INTERNATIONAL INSURANCE CO., LTD.'S MOTION TO INTERVENE AS PARTY DEFENDANT IN THE CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>          Plaintiffs,<br>  vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>          Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Markel International Insurance Co., Ltd.'s Motion to Intervene as Party Defendant came on regularly for hearing before the undersigned on June 9, 2006, at 2:00 p.m. in Courtroom 5 of this Court.

---

ORDER DENYING MARKEL INTERNATIONAL
INSURANCE CO., LTD'S MOTION TO INTERVENE                         2

Stephen Smith appeared telephonically on behalf of Markel International Insurance Co., Ltd.; the Claypool Plaintiffs were represented by Harold Hoppe and John Hillsman; and Blue Dolphin Charters, Ltd. and Terry Donnelly were represented by Robert Miller and Randolf Baldemor.

The matter having been argued and submitted, and good cause appearing therefor:

IT IS HEREBY ORDERED that Markel Insurance Co., Ltd's Motion to Intervene as Party Defendant be, and hereby is, DENIED, but Stephen Smith may argue the Motion for Approval of Good Faith Settlement.

Dated: June 28, 2006

BARRY M. KURREN
USDC Magistrate Judge

HAROLD G. HOPPE   5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:    (808) 528-1903
Facsimile:    (808) 531-3860

JOHN R. HILLSMAN   71220
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Dennis Claypool,
Sheryl Claypool, Scott Claypool and Kristen Claypool

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS CLAYPOOL, individually and as Guardian Ad Litem for KRISTEN CLAYPOOL, a minor, SHERYL CLAYPOOL, SCOTT CLAYPOOL, and KRISTEN CLAYPOOL,<br>　　　　　　Plaintiffs,<br>vs.<br>CAPTAIN ANDY'S SAILING, INC., BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, INC.,<br>　　　　　　Defendants. | Civil No. CV04 00570 HG- BMK<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER DENYING MARKEL INTERNATIONAL INSURANCE CO., LTD.'S MOTION TO INTERVENE AS PARTY DEFENDANT IN THE CLAYPOOL PLAINTIFFS' MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT** |

CERTIFICATE OF SERVICE OF     ORDER
DENYING MARKEL INTL.'S MOTION TO INTERVENE                                              1

| | |
|---|---|
| MATTHEW ISHAM, individually and as Guardian ad Litem for HAYDEN ISHAM, a minor; ROXANNE BEST ISHAM,<br><br>   Plaintiffs,<br>vs.<br><br>BLUE DOLPHIN CHARTERS, LTD. and BLUE DOLPHIN DIVING, LTD., CAPTAIN ANDY'S SAILING, INC.,<br><br>   Defendants. | ) CIVIL NO. CV04-00559 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLUE DOLPHIN CHARTERS, LTD. AND TERRY DONNELLY, AS OWNERS OF THE VESSEL M/V BLUE DOLPHIN, O/N 1082212, FOR EXONORATION FROM AND/OR LIMITATION OF LIABILITY | ) Civil No. CV05-00037 HG BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I HEREBY CERTIFY that on the date last written below, I served a true and correct copy of the foregoing documents on the following as indicated below:

---

CERTIFICATE OF SERVICE OF  ORDER
DENYING MARKEL INTL.'S MOTION TO INTERVENE                                        2

|  |  |  |
|---|---|---|
| 1st Class<br>U.S. Mail | John R. Lacy<br>Evelyn J. Black<br>Randy L.M. Baldemor<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place<br>1099 Alakea St. Suite 1800<br>Honolulu, HI  96813 | Blue Dolphin<br>Charters |
| 1st Class<br>U.S. Mail | Robert Miller<br>Law Offices of Robert Miller<br>735 Bishop St., Suite 500<br>Honolulu, HI  96813 | Blue Dolphin<br>Charters, Inc. |
| 1st Class<br>U.S. Mail | Stephen C. Smith<br>Carlsmith Ball LLP<br>ASB Tower<br>1001 Bishop Street<br>Honolulu, HI  96813 | Markel Insurance |

Dated:  June 19, 2006

LAW OFFICES OF HAROLD G. HOPPE
McGUINN, HILLSMAN & PALEFSKY
Attorneys for the Claypool Plaintiffs

By: _____
JOHN R. HILLSMAN

CERTIFICATE OF SERVICE OF _____ ORDER
DENYING MARKEL INTL.'S MOTION TO INTERVENE                                      3